# EXHIBIT A

Electronically FILED by Superior Court of California, County of Riverside on 09/06/2024 05:03 PM
Case Number CVRI2405002 0000104486130 - Jason B. Galkin, Executive Officer/Clerk of the Court By Amia Brown, Clerk

Michael W. Carney, State Bar No. 241564
Lauren A. Welling, State Bar No. 291813
Sarah Kissel Meier, State Bar No. 305315
**SLATER SLATER SCHULMAN LLP**
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Telephone: (310) 341-2086
Fax: (310) 773-5573
E-mail: *MCarney@sssfirm.com*
*LWelling@sssfirm.com*
*Skmeier@sssfirm.com*

Attorneys for Plaintiff Jane Roe JW 142

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF RIVERSIDE**

Jane Roe JW 142,

Plaintiff,

v.

THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a nonprofit corporation; TEMPLE CORPORATION OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a nonprofit corporation; THE MENIFEE CALIFORNIA STAKE, also known as THE CHURCH OFJESUS CHRIST OF LATTER-DAY SAINTS, an entity of unknown form; and DOES 4 to 100,

Inclusive,

Defendants.

Case No.: CVRI2405002

**COMPLAINT FOR DAMAGES**

1. **NEGLIGENCE**
2. **NEGLIGENT SUPERVISION OF A MINOR**
3. **SEXUAL ABUSE OF A MINOR**
4. **NEGLIGENT HIRING, SUPERVISION, AND RETENTION**
5. **NEGLIGENT FAILURE TO WARN, TRAIN, OR EDUCATE PLAINTIFF**
6. **BREACH OF MANDATORY DUTY**
7. **INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

**[DEMAND FOR JURY TRIAL]**



SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

Plaintiff, Jane Roe JW 142, of and for her causes of action against Defendants, and each of them, complains and alleges as follows:

## INTRODUCTION

1. This case involves egregious sexual and emotional abuse of a child.

2. In 2006 while only 16 years old, and following a multiyear campaign of predatory grooming, Plaintiff Jane Roe JW 142 was isolated, locked in a vehicle, threatened, and sexually assaulted while being restrained by one of the highest-ranking, adult male religious leaders in Defendants' Menifee, California Church. Upon learning of the abuse, Defendants put into motion a concerted effort to conceal the abuse of Plaintiff Jane Roe JW 142 and several other young female members by this same adult Church leader, exponentially exacerbating the already overwhelming harm caused her by Defendants.

## PARTIES

3. Plaintiff Jane Roe JW 142 ("**Plaintiff**") is an adult female under the age of forty at the time of this filing and a resident of the County of Riverside, State of California. As a victim of childhood sexual assault, as defined by section 340.1 of the Code of Civil Procedure, the name "Jane Roe JW 142" is not the Plaintiff's actual name, but is a fictitious name utilized to protect her privacy. Jane Roe JW 142 is entitled to protect her identity in this public court filing by not disclosing her name. (See *Doe v. Lincoln Unified School District* (2010) 188 Cal.App.4th 758.) As a minor, Plaintiff was the victim of unlawful sexual assault, molestation, abuse, and other extreme misconduct by the perpetrator, Todd Mitchell Edwards.

4. Plaintiff's full identity has been concealed from public court filings to prevent those not directly involved in this action from learning her identity and making her identity public, as such a public disclosure would further harm Plaintiff and her family.

5. Defendant The Church of Jesus Christ of Latter-day Saints (hereinafter "Church"), is and was at all relevant times herein mentioned, the religious entity, located at Menifee, California, through which Todd Mitchell Edwards held and used his position within the "Melchizedek Priesthood" to groom and sexually abuse Plaintiff. The Church of Jesus Christ of Latter-day Saints

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

is a nonprofit corporation duly organized and operating pursuant to the laws of the State of Utah. The Church operates wards, meetinghouses, congregations, temples and other houses of worship within the State of California. The Church does business with and conducts continuous and systemic activities in California. The Church of Jesus Christ of Latter-day Saints' principal place of business is 50 East North Temple, Floor 20, Salt Lake City, State of Utah 84150. The Church is registered to do business in California, and the presiding Bishop serves at the pleasure of and subject to the direct and absolute control of The Church. The divisions of The Church are the wards, stakes and areas. The Church of Jesus Christ of Latter-day Saints is independently liable for its own conduct as alleged herein, is liable as a successor in interest to another entity, and/or is an alter ego of Defendants.

6. Defendant The Temple Corporation of The Church of Jesus Christ of Latter-day Saints (hereinafter "Temple Corporation") is and was at all relevant times herein mentioned, a religious entity and subsidiary of the Church. The Temple Corporation is a nonprofit corporation duly organized, and operating pursuant to the laws of, the State of Utah. The Temple Corporation operates properties, temples and other houses of worship within the State of California. The Temple Corporation does business with and conducts continuous and systemic activities in California. The Temple Corporation's principal place of business is 50 East North Temple, Floor 20, Salt Lake City, State of Utah 84150. The Temple Corporation is registered to do business in California, and operates, maintains and manages the Church's properties at the direction of and under the control of the Church. The Temple Corporation, is independently liable for its own conduct as alleged herein, is liable as a successor in interest to another entity, and/or is an alter ego of Defendants.

7. The Menifee California Stake, is and was at all relevant times herein mentioned, a religious entity and subsidiary of The Church. The Menifee California Stake is a religious entity of unknown form duly organized, and operating pursuant to the laws of, the State of California. The Menifee California Stake does business with and conducts continuous and systemic activities in California. The Menifee California Stake's principal place of business is 29725 Bradley Road, Sun City, CA 92586. The Menifee California Stake is registered to do business in California, and operates, maintains and manages The Church's congregations and wards within Riverside County at the direction

of and under the control of The Church. The Menifee California Stake has, or as alleged herein had, responsibility for some or all operations in Riverside County, California. The Menifee California Stake reports directly to The Church. The Menifee California Stake, is independently liable for its own conduct as alleged herein, is liable as a successor in interest to another entity, and/or is an alter ego of Defendants.

8. The Defendants each assumed responsibility for the wellbeing of their members, whether as clergy or volunteers appointed by the Church. In their capacities as Bishop, and other positions such as Stake President, Relief Society President, visiting teacher, Missionaries, Sunday School and Primary School teacher; Defendants and their agents placed individuals in positions of responsibility and authority over Church members. As a result, they each had a special relationship with members of the congregation, including the minor Plaintiff. This relationship gave rise to a duty to protect members of the congregation, including the minor Plaintiff from a foreseeable risk of harm. At all relevant times, the Defendants assumed special responsibilities towards its members including having a disciplinary and red flagging system meant to identify and track sexual predators and other dangerous individuals within the membership in order to protect innocent child members from the harm they might inflict.

9. Defendants' income comes from member tithes which are turned over to the Church for investment and other uses, including support of the administrative expenditures of the Defendants' wards, stakes and areas. The Church does not provide information about their finances to their members or the public. Upon information and belief, the Church receives more than seven (7) billion dollars a year in tithing from members. Upon information reported publicly in the media, The Church of Jesus Christ of Latter-day Saints owns financial assets and real estate in excess of 200 billion dollars.

10. The true name[s] and capacities, whether individual, plural, corporate partnership, associate, or otherwise, of Defendants DOES 4 through 100, inclusive, are unknown to Plaintiff at this time, who, therefore, sues said Defendants by such fictitious names. Plaintiff is informed and believes and thereupon alleges that each of the Defendants fictitiously named herein as a DOE is legally

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

responsible, negligently or in some other actionable manner, for the events and happenings hereinafter referred to and that the acts and omissions of said Defendants was the legal cause of the injury to Plaintiff and the resulting injury and damages to Plaintiff as hereinafter alleged. Plaintiff will amend this Complaint to assert the true names and/or capacities of such fictitiously named Defendants when the same have been ascertained.

11. Plaintiff is informed and believes and thereupon alleges that, at all times mentioned herein, Defendants were the agents, servants, employees, successors-in interest and/or joint venturers of their co-defendants and were, as such, acting within the purpose, course, scope and authority of said agency, employment, successor-in-interest and/or joint venture and that each and every Defendant as aforesaid was acting as principal and was negligent in the selection and hiring and retention of each and every Defendant as an agent, employee, successor-in-interest and/or joint venture.

12. All of the acts, conduct and nonfeasance herein carried out by each and every representative, employee or agent of each and every corporate business Defendant, was authorized, ordered and directed by their respective Defendant's corporate or business employers, officers, directors and/or managing agents; that in addition thereto, said corporate or business employers, officers, directors and/or managing agents had advance knowledge of, authorized and participated in the herein described acts, conduct and nonfeasance of their representatives, employees, agents and each of them; and that in addition thereto, upon the completion of aforesaid acts, conduct and nonfeasance of the employees and agents, the aforesaid corporate and business employers, officers directors, and/or managing agents, respectively ratified, accepted the benefits of condoned and approved of each and all said acts, conduct or nonfeasance of their co employees, employees and agents.

13. Todd Mitchell Edwards was an employee, agent, servant, member, and/or volunteer of Defendants when he sexually assaulted the Plaintiff—then a minor.

14. During the period of childhood sexual assault and/or abuse of Plaintiff, Defendants supervised and exercised control over Plaintiff's abuser.

15. Each Defendant is responsible, in some manner, for the events and happenings herein

referred to, thereby legally causing the injuries and damages to Plaintiff as hereinafter alleged.

16. Except as otherwise noted, a reference to "Defendants" in this Complaint shall include The Church, The Temple Corporation, The Menifee California Stake, and DOES 4 through 100, inclusive.

**JURISDICTION AND VENUE**

17. This Court has personal jurisdiction over Defendants because each Defendant resides in, is incorporated in, has their main place of business in, and/or systematically and continually has conducted and continues to conduct business in the County of Riverside and the State of California.

18. The subject incidents upon which this Complaint are based occurred in the City of Menifee, within the County of Riverside, in the State of California. As such, venue is proper in the Riverside County Superior Court of California.

**FACTUAL ALLEGATIONS**
**(Common to All Causes of Action)**

19. The Church of Jesus Christ of Latter-day Saints is led by the President, also known as the Prophet, who selects two others as counselors to assist him in his functions of overseeing the Church. The President and his Counselors function as the First Presidency, which is the highest governing body of the Church.[1]

20. The Quorum of the Twelve Apostles is the second-highest governing body of the Church. The apostles are regarded by Church members as "special witnesses" of Jesus Christ throughout the world. They travel frequently, addressing congregations of members and meeting with, advising, and managing local leadership.

21. Together, the First Presidency and the Quorum of the Twelve Apostles declare and establish policy, and oversee the entire Church, including every Stake and Ward in California. [2]

22. The Quorum of the Seventy exists to assist the Quorum of the Twelve Apostles in the overseeing, directing and managing local leadership and they serve in locations throughout the world. There are currently twelve Quorums of the Seventy, each assigned to a designated

[1] https://www.churchofjesuschrist.org/learn/global-leadership-of-the-church?lang=eng

[2] [LDS] Gen. Handbook, Ch. 5 § 5.1.1.1 at 26 (Aug. 2023)

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

geographical location called an Area. Members of the Quorum of the Seventy live and work within the Area they serve, including California, and report directly to the twelve apostles.

23. Each Area that a Quorum of the Seventy oversees is comprised of Stakes and within each Stake are Wards. The Stakes are directed and controlled by a Stake President, who acts under the direction for the Quorum of the Seventy in his Area. Stake Presidents, acting with approval of the First Presidency, can call a member to become a Bishop.[3] In California, there are an estimated 147 Stakes.

24. Bishops, appointed and overseen by the Stake President, are responsible for the spiritual development of the Ward's members, focusing on the rising generation of children.[4] Bishops are also responsible for the Ward's finances and record keeping.

25. Plaintiff Jane Roe JW 142 was a minor child and a member of Defendants' Church, in Menifee, California. Todd Mitchell Edwards was a member of the "Melchizedek Priesthood" within the Church and used his position of authority therein to groom and to sexually abuse Plaintiff. Abuse by Todd Mitchell Edwards occurred when Plaintiff was just 16 years old. Intent on manipulating Plaintiff's emotions and taking advantage of her innocence, so that he eventually could sexually abuse her, Todd Mitchell Edwards exploited Plaintiff's fragile mental state to cause her extreme fear, anxiety, and confusion; coercing and manipulating Plaintiff in order to gain further power and control over her. All tactics employed for abuse purposes occurred during the most vulnerable time of Plaintiff's life.

26. Eventually, Todd Mitchell Edwards initiated extreme sexual abuse of Plaintiff. Plaintiff endured a humiliating event of child molestation by Todd Mitchell Edwards, a figure of religious authority, whom Plaintiff had been taught to trust with her life and well-being and had never been given the choice but to trust.

27. Plaintiff is informed and believes and thereupon alleges, that, at all times herein

---

[3] [LDS] Gen. Handbook, Ch. 6 § 6.2.1.5 at 33 (Aug. 2023)

[4] [LDS] Gen. Handbook, Ch. 7 § 7.1 at 45 (Aug. 2023)

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

mentioned, Defendants knew Todd Mitchell Edwards was using his position of authority within The Church of Jesus Christ of Latter-day Saints to groom and to sexually abuse one of its minor members, Plaintiff, and Defendants failed to take reasonable steps to protect her.

28. Todd Mitchell Edwards engaged in underclothes fondling and digital penetration of Plaintiff pursuant to his position of power and authority within Defendants' Church.

29. In 2006, the abuse took place within Todd Mitchell Edwards's vehicle.

30. Prior to the sexual assault of Plaintiff in 2006, and at all times thereafter, Defendants, bishops and/or counselors knew, should have known, reasonably suspected, or were otherwise on notice of the verbal, physical and sexual abuse by Todd Mitchell Edwards. Defendants knew that Todd Mitchell Edwards, by virtue of his position in the "Melchizedek Priesthood," exercised a heightened level of power and authority over other members of the congregation, and even more so with children. Appropriate measures and safeguards should have been in place to either monitor or prevent otherwise unsupervised interactions between Edwards and youth members. Because this was not the case, Edwards was enabled to groom Plaintiff and gain her trust over a prolonged period between when they met in 2004, and when the abuse took place in 2006. Edwards was able to gain further access to Plaintiff by virtue of her employment with Edwards's wife. Edwards seized upon information he obtained regarding Plaintiff's home life, namely her parents' divorce. Edwards used such information to draw yet closer to Plaintiff. Meanwhile, he was also ingratiating himself with Plaintiff's family, befriending them and normalizing his one-on-one time with Plaintiff. Despite the unsettling nature of Edwards's relationship with Plaintiff, Defendants allowed their religious leader to continue seeking out Plaintiff with the ultimate goal of isolating and abusing her.

31. Having failed to act upon their notice of imminent harm to Plaintiff by preventing or stopping the sexual abuse which followed, Defendants then acted to conceal their knowledge of the known sexual assault. Plaintiff disclosed the abuse to the Stake President Robert Wilson, who rather than reporting the known sexual assault to law enforcement, offered Plaintiff counseling through the Church. When the Stake President Wilson then held a meeting with Plaintiff's parents, he reiterated that the Defendants would conduct their own investigation, and later determine if law

enforcement should be notified. The police were never notified by Defendants, even as another of Edwards's victims came forward to the Stake President Wilson to disclose her own abuse. Edwards would go on to confess his sexual abuse of this other victim to the Stake President Wilson, who still attempted to hinder the discovery of Edwards's abuse of Plaintiff and others by law enforcement.

32. Similarly, Plaintiff came to know of an apology letter Edwards had written her, though it was never provided to her. After a member of Plaintiff's family alerted police to Defendants' cover-up of Edwards's misconduct, the proper authorities became involved in the matter. It was determined that yet another third minor female in the Church had been sexually abused by Edwards, and several others reported inappropriate and harassing behavior by Edwards. When Stake President Wilson was contacted by police, he refused to answer any questions and directed them to Defendants' lawyer through Kirton McConkie. Kirton McConkie erroneously claimed clergy privilege, further hindering the investigation. While Defendants continued to conceal the actions of the serial predator they had empowered and let loose on their youth community, Edwards himself would acknowledge and, for all intents and purposes, confess the sexual abuse of Plaintiff during a controlled call with police listening in. Even as Edwards was arrested for the sexual abuse of Plaintiff and others, Defendants continued to hide and deflect as much as possible with Plaintiff, her family, and the police – all to the further detriment of Plaintiff and others. Defendants thus had notice of the impending sexual assault of Plaintiff. When they allowed the abuse to occur, Defendants then took their knowledge of what had taken place and initiated a full-court press to keep it hidden. In so doing, Defendants have taken the harm caused by their failure to heed the notice afforded them in the first place, and increased it manifold in the years following their confirmation of the abuse.

33. Plaintiff initially met Todd Mitchell Edwards in approximately 2004 while attending one of Defendants' wards in Menifee, California. Edwards was then a member of the "Melchizedek Priesthood," a position of religious authority within the Church. He was also the leader of the young men's group, and his own daughter was part of the young women's group, along with Plaintiff. As such, Edwards held additional influence and authority over the children in the congregation, by

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

virtue of both his calling and his familiarity with several of the female youth members. With Plaintiff in particular, Edwards had yet more access pursuant to Plaintiff's employment with Edwards's wife. This also provided Edwards personal information about Plaintiff which is believed to have been passed on to him through his wife. Todd Mitchell Edwards further used the approximately two years between meeting Plaintiff and sexually assaulting her to ingratiate himself with her family. He effectively utilized the cover of his leadership position in the Church to disarm Plaintiff's parents and gain their trust, just as he had done with Plaintiff. This culminated in November of 2006 when Edwards, under the pretense of bringing Plaintiff over to his home for dinner, picked up Plaintiff in his vehicle, alone. Using the information he had obtained regarding Plaintiff's parents' divorce, Edwards was able to distract Plaintiff from where he was driving while she relayed how she felt about her situation at home. When Edwards eventually parked, Plaintiff realized they were in a field away from any lights or houses. She told Edwards she wanted to get to his house for the dinner, to which Edwards replied that he wanted to talk first. It was then that Edwards began caressing Plaintiff's back and them moving to under her shirt. Feeling extremely uncomfortable, Plaintiff reiterated that she wanted to go to his home, but again Edwards deflected. Edwards then attempted to fondle Plaintiff's breasts under her shirt, to which Plaintiff pulled away and attempted to exit the vehicle. Edwards then locked the car doors, threatening Plaintiff that no one knew where she was, nor was anyone around to hear her should she scream. He ordered her to remain where she was, and made her to lie down across the front seats of his vehicle with her head on his lap. Plaintiff begged Edwards to take her home but he refused. He ordered her to close her eyes, which she did after Edwards repeated the command a second, more stern tone. Edwards then proceed to unbutton her pants, and remove her undergarments, and forcibly digitally penetrate her. Plaintiff begged Edwards to stop his assault and to take her home, she even tried to stop him by getting up, however Edwards responded to her attempts by forcibly holding her down and continuing his assault. Once he concluded his attack, rather than driving Plaintiff to his home for dinner as intended, Edwards took Plaintiff back to her own home.

34. Each Stake creates and maintains meticulous sets of membership records which are

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

reviewed and controlled by The Church of Jesus Christ of Latter-day Saints. Membership records are the Church's way of tracking its members. Members are not allowed access to their records and must receive approval to view them under the supervision of the Bishop. These records include names, addresses, callings, and temple recommendations. The records also contain additional membership information such as new members, members in military service, members who are adopted, children who are born out of wedlock, and records of children of divorced parents. Records are created by the local Bishops, approved by the Stake President, and ultimately transmitted to the Church.

35. Records with "annotations" are also maintained by Defendants. Annotations are made where a member's conduct has threatened the well-being of other persons or of the Church as a whole. Annotations are made when a member is disciplined by the Bishop or Stake President for ***"incest, sexual offense against or serious physical child abuse, plural marriage, an elective transexual operation, repeated homosexual activities (by adults), or embezzlement of church funds."*** All annotations placed on a member's record are approved by the First Presidency.

36. Defendants maintain a pattern and practice of concealing abuse from the authorities, and signals that its members should conceal and/or fail to report abuse so as to keep "the Church from being inappropriately implicated in legal matters." *See President Russell M. Nelson Letter* (August 4, 2020). Through this policy of concealment, the Defendants ratify abusive conduct, perpetuating a culture of concealment and encouraging a lack of cooperation among Church members with law enforcement.

37. The Stake Presidents and Bishops Handbook states as follows: "[i]n instances of abuse, the first responsibility of the Church is to assist those who have been abused, and to protect those who may be vulnerable to future abuse." In conjunction with this doctrine, Utah's Supreme Court has characterized the Helpline as "a 1-800 number that bishops and other Church clergy can call when they become aware of possible abuse. The Help Line is available 24 hours a day, 365 days a year and is staffed by legal and counseling professionals who 'provide guidance to the bishop on how to protect the [victim] from further abuse, and how to deal with the complex emotional,

psychological, and legal issues that must be addressed in order to protect the victim.'"[5]

38. In reality, the Church primarily staffs the Helpline with attorneys of Kirton McConkie, one of the largest law firms in the State of Utah. Rather than notifying law enforcement or other government authorities when Bishops and other Church clergy members call the Helpline regarding sexual abuse within the Church, Helpline operators transfer these calls to the Kirton McConkie attorneys, who advise the bishop not to report the abuse incident to law enforcement, misrepresenting clergy-penitent privilege laws as their reasoning.

39. Defendants' policies and protocols further direct teachers and other mandated reporters who suspect a minor may report abuse to them to encourage the minor to instead speak with a Bishop or Stake President and thus circumvent their duty to disclose and report abuse.

40. In another sexual abuse-related civil lawsuit against the Church and its agents, a Kirton McConkie attorney "acknowledged during a pretrial deposition that the firm uses information gleaned from helpline calls to identify cases that pose a high financial risk to the [] Church."[6]

41. In other words, the Church implements the Helpline not for the protection and spiritual counseling of sexual abuse victims, as professed in Church doctrine and literature, but for Kirton McConkie attorneys to snuff out complaints and protect the Church and its wards from potentially costly lawsuits. This is consistent with the instructions set forth in President Russell M. Nelson Letter, dated August 4, 2020, encouraging congregants to avoid cooperating with authorities asking for information on abuse.

42. Defendants' actions embody a culture that protects sexual predators, rather than innocent and vulnerable children. Defendants handled the repeated allegations internally as a "matter of sin" and not one leader reported any matter to police. Instead, Defendants, their bishops, and personnel, allowed Todd Mitchell Edwards to continue completely unhindered and protected, even in his predatory conduct. Defendants, their agents, and employees, including bishops,

---

[5] MacGregor v. Walker, 2014 UT 2 ¶2,322 P.3d 706, 707 (2014) [internal citation omitted in original].

[6] See The Church Has Been Accused of Using a Victim's Hotline to Hide Claims of Sexual Abuse (https://www.vice.com/en_us/article/d3n73w/duty-to-report-the-mormon-church-has-been-accused-of-using-a-victims-hotline-to-hide-sexual-abuse-claims?utm_medium=vicenewstwitter.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

counselors, or personnel mentioned herein, DOES 4- 100, and each of them, acted to protect the heinous and unforgiveable acts of Todd Mitchell Edwards, and in such action taken against Plaintiff's innocence and vulnerabilities, were careless, reckless, negligent, consciously disregarding a minor's rights.

43. At all times herein mentioned, Defendants and each of them (1) knew how conducive the Church premises were to sexual abuse and sexual predators, and that sexual predators, such as Todd Mitchell Edwards in particular, had apparent, if not actual, authority within the Church community and on Church premises while 'acting', either literally and/or figuratively, as members of a priesthood (i.e., bishops, counsellors, elders, etc.) serving an important calling (i.e. Temple Worker); (2) knew that members of the Church priesthood and specifically, Todd Mitchell Edwards, systematically and continuously leveraged any and all authority which the title and association with the Church, conceivably provided Defendant within the community, over followers of their faith, which at all relevant times herein included Plaintiff; and (3) knew that leaving Plaintiff or any youth members of the Church under the supervision of Todd Mitchell Edwards or within his presence and otherwise unattended, presented a risk of imminent harm to those youth members and did harm at least one of them, this Plaintiff.

44. Defendants provided direct access to a large youth community wherein a danger to the community, Todd Mitchell Edwards, wielded power over the Plaintiff.

45. Plaintiff is informed, believes, and thereupon alleges that other staff, employees, volunteers, leaders, and officers knew or should have known that Perpetrator was isolating and taking minor children, including Plaintiff, and committing inappropriate behavior with minor children. Therefore, Defendants knew or should have suspected that Perpetrator was engaging in inappropriate behavior and conduct with minor children, including Plaintiff, at DOE 1's ward and congregation and failed to take any remedial action prior to his sexual assault of Plaintiff.

46. Prior to, during, and after Perpetrator's sexual assault and/or sexual abuse, and molestation of Plaintiff, Defendants, through their agents, representative, servants, employees, and/or volunteers knew or should have known, reasonably suspected, and/or were otherwise on

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

notice, that Perpetrator's conduct and relationship with young children, including Plaintiff, was inappropriate, unlawful, wrongful, and/or otherwise created a risk of childhood sexual assault.

47. Defendants were made aware, and confirmed that Perpetrator had inappropriately touched, sexually assaulted and/or sexually abused, and molested other children, including Plaintiff.

48. Notwithstanding their confirmed actual knowledge of Perpetrator's sexual assault and/or sexual abuse, and molestation of Plaintiff and other minor children, Defendants intentionally and purposely failed to notify or warn other students, parents of children active in the congregation, or any other persons of the possible risk of further childhood sexual abuse by Perpetrator, limit or supervise his access to children, including Plaintiff, and notify law enforcement and other appropriate agencies of the known sexual assault and/or sexual abuse, and molestation of Plaintiff.

49. Further, Defendants' failure and/or refusal to report the sexual assault and/or sexual abuse of Plaintiff by their Elders, Bishops, employees, and/or agents created a foreseeable risk of continued sexual assault and/or abuse of Plaintiff by Perpetrator.

50. As a direct result of Defendants' failure and/or refusal to timely and adequately act to prevent, stop, and report Perpetrator's unlawful and inappropriate misconduct, Perpetrator was able to continue his sexual assaults and/or sexual abuse, and molestation of Plaintiff.

51. Defendants acting through their representative, agents and employees, are liable to Plaintiff for harm from the sexual assault, abuse, and other misconduct committed by Perpetrator because, inter alia, Defendants:

a) Negligently hired, supervised, retained, monitored, and/or investigated Todd Mitchell Edwards.

b) Breached their duty to implement and enforce adequate policies, guidelines, training, education, and procedures aimed at preventing, deterring, uncovering, and reporting instances of child sexual assault and/or abuse by adults, including its agents, servants, representatives, staff, and volunteers.

c) Negligently and/or intentionally failed to report the known and/or reasonably suspected sexual assaults and/or sexual abuse, and molestation of Plaintiff to law

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

enforcement.

52. Defendants also intentionally and willfully implemented various measures intended and designed to, or which effectively, made Perpetrator's conduct harder to detect including, but not limited to:

a) Permitting Perpetrator to remain in a position of good standing after Defendants knew or should have known, reasonably suspected, or were otherwise on notice, that Perpetrator sexually abused and/or sexually assaulted, and molested minor children, including Plaintiff.

b) Permitting Perpetrator continued and/or unsupervised access to Plaintiff, after Defendants knew or should have known, reasonably suspected, or were otherwise on notice, of Perpetrator's misconduct that created a risk of childhood sexual assault.

c) Failing to inform or concealing from law enforcement officials of the fact that Plaintiff and others were or may have been sexually assaulted after Defendants knew or should have known, reasonably suspected, or were otherwise on notice, that Perpetrator had, and/or was, engaged in the sexual assault of Plaintiff, thereby creating the circumstance where Plaintiff and others were less likely to receive medical/mental health care and treatment, thus exacerbating the harm to Plaintiff.

d) Holding out and affirming Perpetrator to Plaintiff and Plaintiff's parent, other children and their parents, and to the community as being in good standing and trustworthy.

e) Failing to take reasonable steps, and to implement reasonable policies, procedures, and safeguards to avoid, detect, and report acts of unlawful sexual conduct by employees, including Perpetrator with minor children.

f) Failing to implement a system or procedure to supervise or monitor employees, volunteers, representatives or agents to ensure that they did not molest or assault minors in Defendants' custody or care, including Plaintiff.

53. Defendants, and each of them, negligently, intentionally, maliciously and/or willfully

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

refused to, and/or did not act reasonably to stop, inhibit, and/or report Perpetrator to law enforcement prior to, during, and/or after their sexual assault and/or sexual abuse, and molestation of Plaintiff, thereby allowing the assault to occur and to continue unabated.

54. Plaintiff is informed, believes, and thereupon alleges, that Defendants' failure and/or refusal to satisfy their duties to Plaintiff was a part of Defendants' intended plan and arrangement to conceal wrongful acts, to avoid and inhibit detection, to block public disclosure, to avoid scandal, to avoid the disclosure of their tolerance of child sexual molestation and assault, to preserve a false appearance of propriety, and to avoid investigation and action by public authority including law enforcement.

55. Plaintiff is informed and believes, and on that basis alleges, that such actions were motivated by a desire to protect the reputation of Defendants and each of them, and to protect the monetary support of Defendants while fostering an environment where such assault could continue to occur.

56. The wrongful, intentional, negligent acts and/or omissions of Defendants, and each of them was a legal cause of the childhood sexual assaults that caused injuries to Plaintiff.

**FIRST CAUSE OF ACTION**

**NEGLIGENCE**

**(Plaintiff Against All Defendants and DOES 4-100)**

57. Plaintiff re-alleges and incorporates by reference herein each allegation contained herein above as though fully set forth and brought in this cause of action.

58. Defendants are persons or entities who owed a duty of care to the Plaintiff and/or to the minor's parent or had a duty to control the conduct of the perpetrator by way of the special relationship existing between those individuals.

59. Defendants knew or should have known of Todd Mitchell Edwards' misconduct and inappropriate sexual behavior directed by Todd Mitchell Edwards to minor Plaintiff Jane Roe JW 142

60. Despite having knowledge of the misconduct, Defendants failed to take any

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

preventive action to control the conduct, failed to warn, report, and/or confront Plaintiff Jane Roe JW 142 or her parents regarding the abuse, despite having a legal duty to do so.

61. As a result of Defendants' negligence, Plaintiff Jane Roe JW 142 was sexually abused by Todd Mitchell Edwards.

62. Had said Defendants fulfilled their duties and responsibilities to Plaintiff in the special relationship had with minor Plaintiff, she would not have been subjected to the misconduct aimed against her.

63. As a direct and legal result of this conduct, Plaintiff suffered severe and permanent injuries including, but not limited to, physical and mental pain and suffering, severe emotional distress, psychological harm, physical injuries, past and future costs of medical care and treatment, and past and future loss of earnings and earning capacity, and other damages, in an amount not yet ascertained, but which exceed the minimum jurisdictional limits of this Court.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

## SECOND CAUSE OF ACTION

**NEGLIGENT SUPERVISION OF A MINOR**

**(Plaintiff Against All Defendants and DOES 4-100)**

64. Plaintiff re-alleges and incorporates by reference herein each allegation contained herein above as though fully set forth and brought in this cause of action.

65. Defendants, their agents and or employees, each of them, were responsible for the care, custody, control, supervision and protection of the minor children, like Plaintiff, entrusted to them due to existing special relationship and/or in the course of community involvement with Defendants' religion traditions as carried out by Defendants' employee, agent, and/or representative, Todd Mitchell Edwards, on Defendants' premises. Thus, each of these said defendants had a duty to adequately and properly supervise, monitor and protect Plaintiff from known and knowable dangers; like Todd Mitchell Edwards, a figure of authority for the Defendants' church community shared with Plaintiff.

66. Defendants breached their duty to properly and adequately supervise, monitor and protect Plaintiff by, in part, ignoring clear and obvious signs that Todd Mitchell Edwards was

engaged in repeated inappropriate and harassing relationships with Plaintiff and exhibited inappropriate conduct around other minors; allowing Plaintiff to spend unsupervised one-on-one time with Todd Mitchell Edwards; ignoring and turning a blind-eye to Plaintiff's whereabouts and wellbeing, so that she could be with Todd Mitchell Edwards; and allowing Todd Mitchell Edwards to repeatedly sexually harass and abuse the minor Plaintiff on and off the Church premises.

67. Had Defendants adequately and properly supervised, monitored, and protected its students, Plaintiff would not have been harmed.

68. Defendants also recklessly and negligently failed to implement and/or enforce policies or procedures that were aimed at preventing or detecting the sexual abuse of its youth community, which fell well below the standard of care.

69. Had Defendants, each of them, adequately performed their duty and responsibility, then Plaintiff would not have been subjected to the extreme, continuous, and unrelenting sexual assault and harassment she endured, and which still impacts her life today, as alleged herein.

70. As a direct and legal result of this conduct, Plaintiff suffered severe and permanent injuries including, but not limited to, physical and mental pain and suffering, severe emotional distress, psychological harm, physical injuries, past and future costs of medical care and treatment, and past and future loss of earnings and earning capacity, and other damages, in an amount not yet ascertained, but which exceed the minimum jurisdictional limits of this Court.

**THIRD CAUSE OF ACTION**

**SEXUAL ABUSE OF A MINOR**

**(Plaintiff Against All Defendants and DOES 4-100)**

71. Plaintiff re-alleges and incorporates by reference herein each allegation contained herein above as though fully set forth and brought in this cause of action.

72. While Plaintiff was a member at Defendants' Church, Todd Mitchell Edwards took advantage of his position of authority and trust to engage in unlawful sexual acts and other harmful misconduct with Plaintiff. Plaintiff did not consent to the acts, nor could Plaintiff have consented to the acts given her age.

73. Defendants ratified Todd Mitchell Edwards' sexual abuse of Plaintiff because

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

Defendants had knowledge that he had harassed and potentially harmed other community youth members, yet they intentionally turned a blind-eye and still allowed him to be in a position of power and authority and did nothing to prevent any further abuse from occurring, thus allowing Todd Mitchell Edwards to gain access to and ultimately manipulate and sexually abuse Plaintiff. Defendants did not discipline, denounce, or discharge Todd Mitchell Edwards; as such, they instead accepted and thus ratified his conduct.

74. At all times, Defendants, were employees or administrators who were acting within the course and scope of their employment or agency with The Church of Jesus Christ of Latter-day Saints when they ratified Todd Mitchell Edwards' criminal conduct and adopted it as if it were their own conduct.

75. As a direct and legal result of this conduct, Plaintiff suffered severe and permanent injuries including, but not limited to, physical and mental pain and suffering, severe emotional distress, psychological harm, physical injuries, past and future costs of medical care and treatment, and past and future loss of earnings and earning capacity, and other damages, in an amount not yet ascertained, but which exceed the minimum jurisdictional limits of this Court.

76. In committing the acts described herein, the conduct of Todd Mitchell Edwards, Defendants, their agents, and employees, and DOES 4-100, were despicable, and done with malice, oppression and fraud, justifying an award of punitive damages against each of those defendants. Plaintiff will therefore seek a court order allowing an amended pleading that includes a claim for punitive or exemplary damages pursuant to C.C.P. section 425.14 against religious entities, The Church, The Temple Corporation and The Menifee California Stake.

**FOURTH CAUSE OF ACTION**

**NEGLIGENT HIRING, SUPERVISION & RETENTION OF AN UNFIT EMPLOYEE**

**(Plaintiff Against All Defendants and DOES 4-100)**

77. Plaintiff re-alleges and incorporates by reference herein each allegation contained herein above as though fully set forth and brought in this cause of action.

78. Defendants, their agents, and employees, including bishops, clergy, and counselors, and DOES 4-100, had the responsibility and mandatory duty to adequately and properly investigate,

hire, train, and supervise its agents and employees who would be working with minors and students to protect the minors within the Church community from harm caused by unfit and dangerous individuals within their employ and supervision.

79. During the time Plaintiff was being sexually abused by Todd Mitchell Edwards, Defendants knew of complaints of serious misconduct made against Todd Mitchell Edwards, yet Defendants, each of them, failed to properly and adequately investigate those complaints and failed to take appropriate disciplinary action against Todd Mitchell Edwards.

80. Instead, Defendants blamed, threatened, and attacked Plaintiff for compromising Todd Mitchell Edwards' position in the Church and authority within the Church community.

81. Defendants knew or should have known that Todd Mitchell Edwards engaged in repeated misconduct against female members of the community, one being Plaintiff.

82. Defendants, each of them, breached their mandatory duty to investigate properly and adequately hire, train, and supervise Todd Mitchell Edwards on Defendants' premises.

83. Had Defendants, each of them, properly investigated, supervised, trained, and monitored Todd Mitchell Edwards' conduct and actions they would have discovered that he was unfit to be given access to and have authority over minors. By failing to adequately supervise, monitor, or investigate, Defendants allowed Todd Mitchell Edwards to continue, unhindered, with his predatory conduct directed towards underage members of the Church community, including Plaintiff.

84. Defendants negligently hired, supervised, retained, monitored, and otherwise employed Todd Mitchell Edwards and negligently failed to ensure the safety of a minor community member in the Church, Plaintiff, who was entrusted to Defendants' custody, care and control.

85. Defendants also negligently failed to adequately implement or enforce any procedures or policies that were aimed at preventing, detecting, or deterring the sexual harassment or abuse of minors and students by members of the priesthood, Elders, and other agents; including the Todd Mitchell Edwards.

86. Had Defendants, each of them, performed their mandatory duties and responsibilities

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

to monitor, supervise, and/or investigate their 'Elders' and other agents, Plaintiff would not have been subjected to sexual abuse and other harmful conduct inflicted upon her.

87. As a direct and legal result of this conduct, Plaintiff suffered severe and permanent injuries including, but not limited to, physical and mental pain and suffering, severe emotional distress, psychological harm, physical injuries, past and future costs of medical care and treatment, and past and future loss of earnings and earning capacity, and other damages, in an amount not yet ascertained, but which exceed the minimum jurisdictional limits of this Court.

## FIFTH CAUSE OF ACTION

## NEGLIGENT FAILURE TO WARN, TRAIN, OR EDUCATE

## (Plaintiff Against All Defendants and DOES 4-100)

88. Plaintiff re-alleges and incorporates by reference herein each allegation contained herein above as though fully set forth and brought in this cause of action.

89. Defendants, their agents and employees, each of them, had a duty to warn, train and educate their youth community in its custody, including Plaintiff, on known and knowable dangers posed by its faculty and staff. Defendants, their agents, and employees, and DOES 4-100, also had a duty to warn, train and educate its faculty and staff on its sexual harassment policy and inappropriate boundary crossing within the youth community.

90. Defendants, their employees and/or agents, each of them, breached their duty to Plaintiff by failing to warn her of known and knowable dangers posed by its faculty and staff, including Todd Mitchell Edwards; by failing to inform and educate her on its sexual harassment policies and the methods to identify, report, and respond to inappropriate sexual harassment by members of the priesthood; and by failing to train its faculty and staff, including Todd Mitchell Edwards, on Defendants' sexual harassment policies.

91. As a direct and legal result of the negligence of Defendants, their employees and/or agents, and DOES 4-100, Plaintiff was groomed, manipulated, and ultimately sexually assaulted and abused by Todd Mitchell Edwards.

92. Had Defendants, their employees and/or agents, fulfilled their duties and responsibilities, Plaintiff would not have been injured and damaged.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

93. As a direct and legal result of this negligent conduct, Plaintiff suffered severe and permanent injuries including, but not limited to, physical and mental pain and suffering, severe emotional distress, psychological harm, physical injuries, past and future costs of medical care and treatment, and past and future loss of earnings and earning capacity, and other damages, in an amount not yet ascertained, but which exceed the minimum jurisdictional limits of this Court.

**SIXTH CAUSE OF ACTION**

**BREACH OF MANDATORY DUTY:**

**FAILURE TO REPORT SUSPECTED CHILD ABUSE**

**(Plaintiff Against All Defendants and DOES 4-100)**

94. Plaintiff re-alleges and incorporates by reference herein each allegation contained herein above as though fully set forth and brought in this cause of action.

95. Defendants, acting through their employees and agents, were at all times "mandated reporters" pursuant to the provisions of Penal Code section 11166., et seq., also known as the Child Abuse and Neglect Reporting Act. As mandated reporters of suspected child abuse, Defendants were legally obligated to personally report reasonably suspected incidents of child abuse to the police and/or child protective services within a very short period.

96. Defendants, acting through their employees, had, or should have had a reasonable suspicion that Todd Mitchell Edwards was engaged in sexual misconduct, yet failed to report the suspected abuse to the authorities.

97. Defendants' employees violated the Child Abuse and Neglect Reporting Act, Penal Code section 11166, et seq. They were acting within the course and scope of their employment when they violated the reporting requirements, and therefore Defendants are vicariously liable for that negligence.

98. By failing to report suspected child abuse, Defendants allowed Todd Mitchell Edwards to continue, unhindered, in his abuse of minor children, including Plaintiff.

99. As a direct and legal result of this conduct, Plaintiff suffered severe and permanent injuries including, but not limited to, physical and mental pain and suffering, severe emotional distress, psychological harm, physical injuries, past and future costs of medical care and treatment,

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

and past and future loss of earnings and earning capacity, and other damages, in an amount not yet ascertained, but which exceed the minimum jurisdictional limits of this Court.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Jane Roe JW 142 prays for judgment against Defendants THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; TEMPLE CORPORATION OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; a THE MENIFEE CALIFORNIA STAKE, also known as THE CHURCH OFJESUS CHRIST OF LATTER-DAY SAINTS, and DOES 4 through 100, and each of them, as follows:

1. For an award of special (economic) and general (non-economic) damages according to proof;
2. Attorney's fees;
3. For costs of suit incurred herein; and
4. For such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff demands a trial by jury on all causes of action which may be tried by a jury.

Dated: September 6, 2024

**SLATER SLATER SCHULMAN LLP**

By: 

Michael W. Carney
Lauren A. Welling
Sarah Kissel Meier
Attorneys for Plaintiff

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

Electronically FILED by Superior Court of California, County of Riverside on 09/06/2024 05:33 PM
Case Number CVRI2405002 0000104486131 - Jason B. Galkin, Executive Officer/Clerk of the Court By Amia Brown, Clerk

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

***FOR COURT USE ONLY***
***(SOLO PARA USO DE LA CORTE)***

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***
THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a nonprofit corporation;
Additional Parties Attachment form is attached.

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***
Jane Roe JW 142

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

***¡AVISO!*** *Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Riverside Historic Courthouse
4050 Main Street, Riverside, CA 92501

CASE NUMBER:
*(Número del Caso):*
CVRI2405002

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Lauren Welling (SBN 291813); 8383 Wilshire Blvd., Suite 255, Beverly Hills, CA 90211; (310) 341-2086

DATE: *(Fecha)* 09/06/2024 Clerk, by *(Secretario)* A. Brown, Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]
SUPERIOR COURT OF CALIFORNIA
EUREKA
COUNTY OF RIVERSIDE
GC68150(g)

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date)*:

SUM-200(A)

| SHORT TITLE: Jane Roe JW 142 vs. THE CHURCH OF JESUS CHRIST OF LATTER-DAY, et al | CASE NUMBER: CVRI2405002 |
|---|---|

**INSTRUCTIONS FOR USE**

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.)*:

☐ Plaintiff ☒ Defendant ☐ Cross-Complainant ☐ Cross-Defendant

TEMPLE CORPORATION OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a nonprofit corporation;
THE MENIFEE CALIFORNIA STAKE, also known as THE CHURCH OFJESUS CHRIST OF LATTER-DAY SAINTS, an entity of unknown form; and
DOES 4 to 100

Electronically FILED by Superior Court of California, County of Riverside on 09/06/2024 05:33 PM
Case Number CVRI2405002 0000104486132 - Jason B. Galkin, Executive Officer/Clerk of the Court By Amia Brown, Clerk

**CM-010**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
Michael W. Carney (SBN 241564); Lauren Welling (SBN 291813)
8383 Wilshire Blvd. Suite 225, Beverly Hills, CA 90211

TELEPHONE NO.: (310) 341-2086 FAX NO.: (310) 773-5573
EMAIL ADDRESS: mcarney@sssfirm.com; lwelling@sssfirm.com
ATTORNEY FOR *(Name)*: Plaintiff, Jane Roe JW 142

*FOR COURT USE ONLY*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**
STREET ADDRESS: 4050 Main Street
MAILING ADDRESS: 4050 Main Street
CITY AND ZIP CODE: Riverside, CA 92501
BRANCH NAME: Riverside Historic Courthouse

CASE NAME:
Jane Roe JW 142 vs. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al

## CIVIL CASE COVER SHEET

[x] **Unlimited** (Amount demanded exceeds $35,000)
[ ] **Limited** (Amount demanded is $35,000 or less)

**Complex Case Designation**
[ ] Counter [ ] Joinder
Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

CASE NUMBER: CVRI2405002
JUDGE:
DEPT.:

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[x] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [x] is [ ] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [x] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [x] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [x] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. [x] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify)*: Six (6)
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: September 6, 2024
Lauren Welling, Esq.
(TYPE OR PRINT NAME)

(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/ Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice– Physicians & Surgeons
- Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/ Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case–Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
- Confession of Judgment *(non-domestic relations)*
- Sister State Judgment
- Administrative Agency Award *(not unpaid taxes)*
- Petition/Certification of Entry of Judgment on Unpaid Taxes
- Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition

Michael W. Carney, State Bar No. 241564
Lauren A. Welling, State Bar No. 291813
Sarah Kissel Meier, State Bar No. 305315
**SLATER SLATER SCHULMAN LLP**
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Telephone: (310) 341-2086
Fax: (310) 773-5573
E-mail: *MCarney@sssfirm.com*
*LWelling@sssfirm.com*
*Skmeier@sssfirm.com*

Attorneys for Plaintiffs and JCCP Petitioners

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF RIVERSIDE**

| | |
|---|---|
| Jane Roe JW 142,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a nonprofit corporation; TEMPLE CORPORATION OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a nonprofit corporation; THE MENIFEE CALIFORNIA STAKE, also known as THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, an entity of unknown form; and DOES 4 to 100;<br><br>Defendants. | Case No. CVR12405002<br><br>**NOTICE OF SUBMISSION OF PETITION FOR COORDINATION** |

**TO THE COURT, AND TO EACH PARTY AND TO THE COUNSEL OF RECORD FOR EACH PARTY:**

Notice is hereby given that on September 12, 2024; a Petition for Coordination was submitted by plaintiffs and petitioners, to the Chair of the Judicial Council, requesting assignment

of a judge to determine whether coordination of the following actions is appropriate. The following ninety-one actions are sought to be coordinated:

1. *JANE ROE EA 10 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Los Angeles Superior Court Case No. 24STCV22547, filed 9/4/2024.
2. *JOHN ROE CL 11 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Los Angeles Superior Court Case No. 24STCV22558, filed 9/4/2024.
3. *JANE ROE JC 7 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Los Angeles Superior Court Case No. 24STCV22534, filed 9/4/2024.
4. *JOHN ROE LG 105 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Los Angeles Superior Court Case No. 24STCV22562, filed 9/4/2024.
5. *JANE ROE RW 100 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Napa Superior Court Case No. 24CV001526, filed 9/4/2024.
6. *JANE ROE RL 8 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Riverside Superior Court Case No. CVRI2404888, filed 9/4/2024.
7. *JANE ROE EO 5 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Riverside Superior Court Case No. CVRI2404892, filed 9/4/2024.
8. *JANE ROE SV 132 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Riverside Superior Court Case No. CVRI2405052, filed 9/6/2024.
9. *Jane Roe JW 142 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Riverside Superior Court Case No. CVR12405002, filed 9/6/2024.
10. *JOHN ROE JS 2 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Sacramento Superior Court Case No. 24CV017593, filed 9/4/2024.
11. *JANE ROE SR 3 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Santa Clara Superior Court Case No 24CV446600, filed 9/4/2024.
12. *JOHN ROE AJ 1 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Solano Superior Court Case No. CU24-06733, filed 9/4/2024.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

13. *JANE ROE JS 12 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Fresno Superior Court Case No. 24CECG03846, filed 9/4/2024.
14. *John Roe HP 13 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21707, filed 8/26/2024.
15. *John Roe AH 16 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21715, filed 8/26/2024.
16. *Jane Roe DH 18 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21720, filed 8/26/2024.
17. *John Roe MO 20 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21721, filed 8/26/2024.
18. *Jane Roe MM 22 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21723, filed 8/26/2024.
19. *John Roe CL 24 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21727, filed 8/26/2024.
20. *Jane Roe CS 29 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21738, filed 8/26/2024.
21. *Jane Roe AD 30 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21763, filed 8/26/2024.
22. *John Roe DD 31 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21597, filed 8/26/2024.
23. *John Roe AS 32 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21673, filed 8/26/2024.
24. *Jane Roe SL 48 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21786, filed 8/26/2024.
25. *John Roe PH 55 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21697, filed 8/26/2024.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

26. *John Roe HR 56 10 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21663, filed 8/26/2024.

27. *Jane Roe LM 89 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21658, filed 8/26/2024.

28. *John Roe AA 75 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21631, filed 8/26/2024.

29. *John Doe DG 79 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21656, filed 8/26/2024.

30. *Jane Roe MB 87 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21647, filed 8/26/2024.

31. *John Roe JJ 93 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21696, filed 8/26/2024.

32. *Jane Roe CM 94 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21641, filed 8/26/2024.

33. *Jane Roe AA 102 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21800, filed 8/26/2024.

34. *John Roe DJ 40 v. DOE 1, A Corporation, et al.*, Del Norte Superior Court Case No. CV241086, filed 8/26/2024.

35. *John Roe ND 41 v. DOE 1, A Corporation, et al.*, Lassen Superior Court Case No. 2024-CV0076618, filed 8/26/2024.

36. *John Roe PS 43 v. DOE 1, A Corporation, et al.*, Shasta Superior Court Case No. 24CV-00205826, filed 8/26/2024.

37. *Jane Roe AS 81 v. DOE 1, A Corporation, et al.*, San Joaquin Superior Court Case No. STK-CV-49-2024-1048, filed 8/26/2024.

38. *Jane Roe MM 92 v. DOE 1, A Corporation, et al.*, San Joaquin Superior Court Case No. STK-CV-UPI-2024-0010364, filed 8/26/2024.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

39. *Jane Roe JJ 25 v. DOE 1, A Corporation, et al.,* San Joaquin Superior Court Case No. STK-CV-UPI-2024-0010357, filed 8/26/2024.

40. *Jane Roe ME 26 v. DOE 1, A Corporation, et al.* San Joaquin Superior Court Case No. STK-CV-UPI-2024-0010369, filed 8/26/2024.

41. *Jane Roe HE 72 v. DOE 1, A Corporation, et al.,* San Joaquin Superior Court Case No. STK-CV-UPI-2024-0010349, filed 8/26/2024.

42. *Jane Roe CH 78 v. DOE 1, A Corporation, et al.,* San Joaquin Superior Court Case No. STK-CV-UPI-2024-0010345, filed 8/26/2024.

43. *John Roe EB 67 v. DOE 1, A Corporation, et al.*, Ventura Superior Court Case No. 2024CUPP029265, filed 8/26/2024.

44. *Jane Roe AH 71 v. DOE 1, A Corporation, et al.*, Ventura Superior Court Case No. 2024CUPP029255, filed 8/26/2024.

45. *John Roe BV 73 v. DOE 1, A Corporation, et al.,* Ventura Superior Court Case No. 2024CUPP029381, filed 8/26/2024.

46. *John Roe DC 57 v. DOE 1, A Corporation, et al.,* Ventura Superior Court Case No. 2024CUPP029372, filed 8/26/2024.

47. *John Roe PD 58 v. DOE 1, A Corporation, et al.*, Ventura Superior Court Case No. 2024CUPP029389, filed 8/26/2024.

48. *John Roe CH 62 v. DOE 1, A Corporation, et al.*, Ventura Superior Court Case No. 2024CUPP029344, filed 8/26/2024.

49. *Jane Roe KB 28 v. DOE 1, A Corporation, et al.,* Alameda Superior Court Case No. 24CV088744, filed 8/26/2024.

50. *John Roe UE 33 v. DOE 1, A Corporation, et al.,* Alameda Superior Court Case No. 24CV089094, filed 8/26/2024.

51. *Jane Roe AB 49 v. DOE 1, A Corporation, et al.,* Alameda Superior Court Case No. 24CV088779, filed 8/26/2024.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

52. *Jane Roe LH 54 v. DOE 1, A Corporation, et al.*, Alameda Superior Court Case No. 24CV088779, filed 8/26/2024.

53. *John Roe MN 70 v. DOE 1, A Corporation, et al.*, Alameda Superior Court Case No. 24CV088789, filed 8/26/2024.

54. *Jane Roe JT 34 v. DOE 1, A Corporation, et al.*, Contra Costa Superior Court Case No. C24-02272, filed 8/26/2024.

55. *John Roe MG 60 v. DOE 1, A Corporation, et al.*, Contra Costa Superior Court Case No. C24-02269, filed 8/26/2024.

56. *Jane Roe KL 66 v. DOE 1, A Corporation, et al.*, Contra Costa Superior Court Case No. C24-02270, filed 8/26/2024.

57. *Jane Roe HM 95 v. DOE 1, A Corporation, et al.*, Contra Costa Superior Court Case No. C24-02271, filed 8/26/2024.

58. *John Roe WC 36 v. DOE 1, A Corporation, et al.*, Orange Superior Court Case No. 30-2024-1422168-CU-PO-CXC, filed 8/26/2024.

59. *Jane Roe LB 61 v. DOE 1, A Corporation, et al.*, Orange Superior Court Case No. 30-2024-01421247-CU-PO-CXC, filed 8/26/2024.

60. *Jane Roe SB 68 v. DOE 1, A Corporation, et al.*, Orange Superior Court Case No. 30-2024-01421246-CU-PO-CXC, filed 8/26/2024.

61. *Jane Roe MB 69 v. DOE 1, A Corporation, et al.*, Orange Superior Court Case No. 30-2024-01421222-CU-PO-CXC, filed 8/26/2024.

62. *Jane Roe JL 37 v. DOE 1, A Corporation, et al.*, Placer Superior Court Case No. S-CV-0053463, filed 8/26/2024.

63. *Jane Roe RC 23 v. DOE 1, A Corporation, et al.*, Riverside Superior Court Case No. CVRI2404966, filed 8/26/2024.

64. *John Roe CF 85 v. DOE 1, A Corporation, et al.*, Riverside Superior Court Case No. CVRI2404725, filed 8/26/2024.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

65. *John Roe DS 42 v. DOE 1, A Corporation, et al.,* Sacramento Superior Court Case No. 24CV016830, filed 8/26/2024.

66. *Jane Roe KP 45 v. DOE 1, A Corporation, et al.,* Sacramento Superior Court Case No. 24CV016832, filed 8/26/2024.

67. *John Roe JB 53 v. DOE 1, A Corporation, et al.,* Sacramento Superior Court Case No. 24CV016833, field 8/26/2024.

68. *John Roe NR 52 v. DOE 1, A Corporation, et al.,* San Bernardino Superior Court Case No. CIVSB2426278, filed 8/26/2024.

69. *John Roe DG 59 v. DOE 1, A Corporation, et al.,* San Bernardino Superior Court Case No. CIVSB2426279, filed 8/26/2024.

70. *John Roe DR 63 v. DOE 1, A Corporation, et al.,* San Bernardino Superior Court Case No. CIVRS2400711, filed 8/26/2024.

71. *Jane Roe CP 76 v. DOE 1, A Corporation, et al.,* San Bernardino Superior Court Case No. CIVSB2426280, filed 8/26/2024.

72. *Jane Roe JN 15 v. DOE 1, A Corporation, et al.,* San Diego Superior Court Case No. 24CU008028C, filed 8/26/2024.

73. *John Roe RV 47 v. DOE 1, A Corporation, et al.,* San Diego Superior Court Case No. 24CU007843C, filed 8/26/2024.

74. *John Roe JB 65 v. DOE 1, A Corporation, et al.,* San Diego Superior Court Case No. 24CU008107, filed 8/26/2024.

75. *Jane Roe DM 101 v. DOE 1, A Corporation, et al.,* San Diego Superior Court Case No. 24CU008126C, field 8/26/2024.

76. *John Roe WH 46 v. DOE 1, A Corporation, et al.,* San Diego Superior Court Case No.24CU008045C, filed 8/26/2024.

77. *John Roe MF 97 v. DOE 1, A Corporation, et al.,* San Francisco Superior Court Case No. CGC-24-617505, filed 8/26/2024.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

78. *John Roe CS 88, v. DOE 1, A Corporation, et al.,* San Luis Obispo Superior Court Case No. 24CV-0543, filed 8/26/2024.

79. *John Roe JB 21 v. DOE 1, A Corporation, et al.,* San Mateo Superior Court Case No. 24-CIV-05584, filed 8/26/2024.

80. *John Roe DJ 35 v. DOE 1, A Corporation, et al.,* Santa Clara Superior Court Case No. 24CV445956, filed 8/26/2024.

81. *John Roe TH 64 v. DOE 1, A Corporation, et al.,* Santa Clara Superior Court Case No. 24CV445948, filed 8/26/2024.

82. *John Roe JH 77 v. DOE 1, A Corporation, et al.,* Santa Clara Superior Court Case No. 24CV445963, filed 8/26/2024.

83. *John Roe JB 84 v. DOE 1, A Corporation, et al.,* Santa Clara Superior Court Case No. 24CV445970, filed 8/26/2024.

84. *John Roe DC 90 v. DOE 1, A Corporation, et al.,* Santa Clara Superior Court Case No.24CV445975, filed 8/26/2024.

85. *Jane Roe LV 98 v. DOE 1, A Corporation, et al.,* Solano Superior Court case No.CU24-06470, filed 8/26/2024.

86. *Jane Roe KY 91 v. DOE 1, A Corporation, et al.,* Sonoma Superior Court Case No. 24CV04959, filed 8/26/2024.

87. *Jane Roe AB 51 v. DOE 1, A Corporation, et al.,* Stanislaus Superior Court Case No. CV-24-006737, filed 8/26/2024.

88. *John Roe JE 82 v. DOE 1, A Corporation, et al.,* Tulare Superior Court Case No. PCU312366, filed 8/26/2024.

89. *John Roe JL 44 v. DOE 1, A Corporation, et al.*, Yuba Superior Court Case No. CVPO24-01117, filed 8/26/2024.

90. *John Roe JA 83 v. DOE 1, A Corporation, et al.*, Yuba Superior Court Case No. CVPO24-01118, filed 8/26/2024.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

91. *Jane Roe TT 80 v. DOE 1, A Corporation,* et al., Kern Superior Court Case No. BCV-24-102884, field 8/26/2024.

TO ANY PARTY INTENDING TO OPPOSE THE PETITION FOR COORDINATION: Pursuant to California Rules of Court, Rule 3.522(a)(4), any party intending to oppose the petition for coordination must serve and submit to the Chairperson of the Judicial Council written opposition at least nine court days before the hearing date set in this matter.

A copy of the Petition and supporting documents are attached hereto as Exhibit "A".

Dated: September 12, 2024

**SLATER SLATER SCHULMAN LLP**

By: [signature]

Michael W. Carney
Lauren A. Welling
Sarah Kissel Meier

Attorneys for Plaintiffs and JCCP Petitioners

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

# EXHIBIT A

Michael W. Carney, State Bar No. 241564
Lauren A. Welling, State Bar No. 291813
Sarah Kissel Meier, State Bar No. 305315
**SLATER SLATER SCHULMAN LLP**
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Telephone: (310) 341-2086
Fax: (310) 773-5573
E-mail: *MCarney@sssfirm.com*
*LWelling@sssfirm.com*
*Skmeier@sssfirm.com*

Anne Andrews, SBN 103280
(aa@andrewsthornton.com)
Sean T. Higgins, SBN 266888
(shiggins@andrewsthornton.com)
Robert Siko, SBN 312856
(rsiko@andrewsthornton.com)
Kimberly DeGonia, SBN 256989
(kdegonia@andrewsthornton.com)
**ANDREWS & THORNTON**
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Tel: (949) 748-1000
Fax: (949) 315-3540

Attorneys for Plaintiffs and JCCP Petitioners

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

**JUDICIAL COUNCIL OF CALIFORNIA**

**CHAIR OF THE JUDICIAL COUNCIL**

**IN RE:**

*Jane Roe EA 10 v. The Church of Jesus Christ of Latter-day Saints, et al.* Los Angeles Superior Court Case No. 24STCV22547

*John Roe CL 11 v. The Church of Jesus Christ of Latter-day Saints, et al.* Los Angeles Superior Court Case No. 24STCV22558

*Jane Roe JC 7 v. The Church of Jesus Christ of Latter-day Saints, et al.* Los Angeles Superior Court Case No. 24STCV22534

Judicial Council Coordination Proceeding

JCCP No. ____________________

Los Angeles Superior Court Case Nos.
24STCV22547, 24STCV22558,
24STCV22534, 24STCV22562,
24STCV21707, 24STCV21715,
24STCV21720, 24STCV21721,
24STCV21723, 24STCV21727,
24STCV21738, 24STCV21763,
24STCV21597, 24STCV21673,
24STCV21786, 24STCV21697,
24STCV21663, 24STCV21800,
24STCV21658, 24STCV21631,
24STCV21656, 24STCV21647,
24STCV21696, 24STCV21641

| | |
|---|---|
| *John Roe LG 105 v. The Church of Jesus Christ of Latter-day Saints, et al.* Los Angeles Superior Court Case No. 24STCV22562 | Alameda Superior Court Nos. 24CV088744, 24CV089094, 24CV088779, 24CV088786, 24CV088789 |
| *John Roe HP 13 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21707 | Contra Costa Superior Court Case Nos. C24-02272, C24-02269, C24-02270, C24-02271 |
| *John Roe AH 16 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21715 | Del Norte Superior Court Case No. CV241086 |
| *Jane Roe DH 18 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21720 | Fresno Superior Court Case No. 24CECG03846 |
| *John Roe MO 20 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21721 | Kern Superior Court Case No. BCV-24-102884 |
| *Jane Roe MM 22 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21723 | Lassen Superior Court Case No. 2024-CV0076618 |
| *John Roe CL 24 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21727 | Napa Superior Court Case No. 24CV001526 |
| *Jane Roe CS 29 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21738 | Orange Superior Court Case Nos. 30-2024-1422168-CU-PO-CXC, 30-2024-01421247-CU-PO-CXC, 30-2024-01421246-CU-PO-CXC, 30-2024-01421222-CU-PO-CXC |
| *Jane Roe AD 30 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21763 | Placer Superior Court Case No. S-CV-0053463 |
| *John Roe DD 31 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21597 | Riverside Superior Court Case Nos. CVRI2404888, CVRI2404892, CVRI2405052, CVR12405002, CVRI2404966, CVRI2404725 |
| *John Roe AS 32 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21673 | Sacramento Superior Court Case Nos. 24CV017593, 24CV016830, 24CV016832, 24CV016833 |
| | San Bernardino Superior Court Case Nos. CIVSB2426278, CIVSB2426279, CIVRS2400711, CIVSB2426280 |
| | San Diego Superior Court Case Nos. 24CU008028C, 24CU007843C, 24CU008107C, 24CU008126C, 24CU008045C |
| | San Francisco Superior Court Case No. CGC-24 617505 |
| | San Joaquin Superior Court Case Nos. STK-CV-49-2024-1048, STK-CV-UPI-2024-0010357, STK-CV-UPI-2024-0010369, STK-CV-UPI-2024-0010364, STK-CV-UPI-2024-0010349, STK-CV-UPI-2024-0010345 |
| | San Luis Obispo Superior Court Case No. 24CV-0543 |

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

*Jane Roe SL 48 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21786

*John Roe PH 55 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21697

*John Roe HR 56 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21663

*Jane Roe AA 102 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21800

*Jane Roe LM 89 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21658

*John Roe AA 75 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21631

*John Doe DG 79 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21656

*Jane Roe MB 87 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21647

*John Roe JJ 93 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21696

*Jane Roe CM 94 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21641

*Jane Roe KB 28 v. DOE 1, A Corporation, et al.* Alameda Superior Court Case No. 24CV088744

*John Roe UE 33 v. DOE 1, A Corporation, et al.* Alameda Superior Court Case No. 24CV089094

San Mateo Superior Court Case No. 24-CIV-05584

Santa Clara Superior Court Case Nos. 24CV446600, 24CV445956, 24CV445948, 24CV445963, 24CV445970, 24CV445975

Shasta Superior Court No. 24CV-00205826

Solano Superior Court Nos. CU24-06733, CU24-06470

Sonoma Superior Court No. 24CV04959

Stanislaus Superior Court No. CV-24-006737
Tulare Superior Court No. PCU312366

Ventura Superior Court Nos. 2024CUPP029265, 2024CUPP029372, 2024CUPP029389, 2024CUPP029344, 2024CUPP029255, 2024CUPP029381

Yuba Superior Court Nos. CVPO24-01117, CVPO24-01118

**PETITION FOR COORDINATION AND REQUEST FOR STAY OF ALL INCLUDED ACTIONS; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES**

[*Filed concurrently with Declaration of Lauren A. Welling*]

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

| |
|---|
| *Jane Roe AB 49 v. DOE 1, A Corporation, et al.* Alameda Superior Court Case No. 24CV088779<br><br>*Jane Roe LH 54 v. DOE 1, A Corporation, et al.* Alameda Superior Court Case No. 24CV088786<br><br>*John Roe MN 70 v. DOE 1, A Corporation, et al.* Alameda Superior Court Case No. 24CV088789 |
| *Jane Roe JT 34 v. DOE 1, A Corporation, et al.* Contra Costa Superior Court Case No. C24-02272<br><br>*John Roe MG 60 v. DOE 1, A Corporation, et al.* Contra Costa Superior Court Case No. C24-02269<br><br>*Jane Roe KL 66 v. DOE 1, A Corporation, et al.* Contra Costa Superior Court Case No. C24-02270<br><br>*Jane Roe HM 95 v. DOE 1, A Corporation, et al.* Contra Costa Superior Court Case No. C24-02271 |
| *John Roe DJ 40 v. DOE 1, A Corporation, et al.* Del Norte Superior Court Case No. CV241086 |
| *Jane Roe JS 12 v. The Church of Jesus Christ of Latter-day Saints, et al.* Fresno Superior Court Case No. 24CECG03846 |
| *Jane Roe TT 80 v. DOE 1, A Corporation, et al.* Kern Superior Court Case No. BCV-24-102884 |
| *John Roe ND 41 v. DOE 1, A Corporation, et al.* Lassen Superior Court Case No. 2024-CV0076618 |
| *Jane Roe RW100 v. The Church of Jesus Christ of Latter-day Saints, et al.* Napa Superior Court Case No. 24CV001526 |
| *John Roe WC 36 v. DOE 1, A Corporation, et al.* Orange Superior Court Case No. 30-2024-1422168-CU-PO-CXC |

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

*Jane Roe LB 61 v. DOE 1, A Corporation, et al.* Orange Superior Court Case No. 30-2024-01421247-CU-PO-CXC

*Jane Roe SB 68 v. DOE 1, A Corporation, et al.* Orange Superior Court Case No. 30-2024-01421246-CU-PO-CXC

*Jane Roe MB 69 v. DOE 1, A Corporation, et al.* Orange Superior Court Case No. 30-2024-01421222-CU-PO-CXC

---

*Jane Roe JL 37 v. DOE 1, A Corporation, et al.* Placer Superior Court Case No. S-CV-0053463

---

*Jane Roe RL 8 v. The Church of Jesus Christ of Latter-day Saints, et al.* Riverside Superior Court Case No. CVRI2404888

*Jane Roe EO 5 v. The Church of Jesus Christ of Latter-day Saints, et al.* Riverside Superior Court Case No. CVRI2404892

*Jane Roe SV 132 v. The Church of Jesus Christ of Latter-day Saints, et al.* Riverside Superior Court Case No. CVRI2405052

*Jane Roe JW 142 v. The Church of Jesus Christ of Latter-day Saints, et al.* Riverside Superior Court Case No. CVR12405002

*Jane Roe RC 23 v. DOE 1, A Corporation, et al.* Riverside Superior Court Case No. CVRI2404966

*John Roe CF 85 v. DOE 1, A Corporation, et al.* Riverside Superior Court Case No. CVRI2404725

---

*John Roe JS 2 v. The Church of Jesus Christ of Latter-day Saints, et al.* Sacramento Superior Court Case No. 24CV017593

*John Roe DS 42 v. DOE 1, A Corporation, et al.* Sacramento Superior Court Case No. 24CV016830

*Jane Roe KP 45 v. DOE 1, A Corporation, et al.* Sacramento Superior Court Case No. 24CV016832

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

| | |
|---|---|
| *John Roe JB 53 v. DOE 1, A Corporation, et al.* Sacramento Superior Court Case No. 24CV016833 | |
| John Roe NR 52 *v. DOE 1, A Corporation, et al.* San Bernardino Superior Court Case No. CIVSB2426278 | |
| John Roe DG 59 *v. DOE 1, A Corporation, et al.* San Bernardino Superior Court Case No. CIVSB2426279 | |
| John Roe DR 63 *v. DOE 1, A Corporation, et al.* San Bernardino Superior Court Case No. CIVRS2400711 | |
| Jane Roe CP 76 *v. DOE 1, A Corporation, et al.* San Bernardino Superior Court Case No. CIVSB2426280 | |
| *Jane Roe JN 15 v. DOE 1, A Corporation, et al.* San Diego Court Case No. 24CU008028C | |
| *John Roe RV 47 v. DOE 1, A Corporation, et al.* San Diego Court Case No. 24CU008028C 24CU007843C | |
| *John Roe JB 65 v. DOE 1, A Corporation, et al.* San Diego Court Case No. 24CU008028C 24CU008107C | |
| *The Estate of Jane Roe DM 101 v. DOE 1, A Corporation, et al.* San Diego Court Case No. 24CU008028C 24CU008126C | |
| *John Roe WH 46 v. DOE 1, A Corporation, et al.* San Diego Court Case No. 24CU008028C 24CU008045C | |
| *John Roe MF 97 v. DOE 1, A Corporation, et al.* San Francisco Court Case No. CGC-24-617505 | |
| *Jane Roe AS 81 v. DOE 1, A Corporation, et al.* San Joaquin Court Case No. STK-CV-49-2024-1048 | |
| *Jane Roe JJ 25 v. DOE 1, A Corporation, et al.* San Joaquin Court Case No. STK-CV-UPI-2024-0010357 | |

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

| |
|---|
| *Jane Roe EM 26 v. DOE 1, A Corporation, et al.* San Joaquin Court Case No. STK-CV-UPI-2024-0010369<br><br>*Jane Roe MM 92 v. DOE 1, A Corporation, et al.* San Joaquin Court Case No. STK-CV-UPI-2024-0010364<br><br>*Jane Roe HE 72 v. DOE 1, A Corporation, et al.* San Joaquin Court Case No. STK-CV-UPI-2024-0010349<br><br>*Jane Roe CH 78 v. DOE 1, A Corporation, et al.* San Joaquin Court Case No. STK-CV-UPI-2024-0010345 |
| *John Roe CS 88 v. DOE 1, A Corporation, et al.* San Luis Obispo Court Case No. 24CV-0543 |
| *John Roe JB 21 v. DOE 1, A Corporation, et al.* San Mateo Case No. 24-CIV-05584 |
| *Jane Roe SR 3 v. The Church of Jesus Christ of Latter-day Saints, et al.* Santa Clara Superior Court Case No. 24CV446600<br><br>*John Roe DJ 35 v. DOE 1, A Corporation, et al.* Santa Clara Court Case No. 24CV445956<br><br>*John Roe TH 64 v. DOE 1, A Corporation, et al.* Santa Clara Court Case No. 24CV445948<br><br>*John Roe JH 77 v. DOE 1, A Corporation, et al.* Santa Clara Court Case No. 24CV445963<br><br>*John Roe JB 84 v. DOE 1, A Corporation, et al.* Santa Clara Court Case No. 24CV445970<br><br>*John Roe DC 90 v. DOE 1, A Corporation, et al.* Santa Clara Court Case No. 24CV445975 |
| *John Roe PS 43 v. DOE 1, A Corporation, et al.* Shasta Court Case No. 24CV-00205826 |

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

| |
|---|
| *John Roe AJ 1 v. The Church of Jesus Christ of Latter-day Saints, et al.* Solano Court Case No. CU24-06733 |
| *Jane Roe LV 98 v. DOE 1, A Corporation, et al.* Solano Court Case No. CU24-06470 |
| *Jane Roe KY 91 v. DOE 1, A Corporation, et al.* Sonoma Court Case No. 24CV04959 |
| *Jane Roe AB 51 v. DOE 1, A Corporation, et al.* Stanislaus Court Case No. CV-24-006737 |
| *John Roe JE 82 v. DOE 1, A Corporation, et al.* Tulare Superior Court Case No. PCU312366 |
| *John Roe EB 67 v. DOE 1, A Corporation, et al.* Ventura Superior Court Case No. 2024CUPP029265 |
| *John Roe DC 57 v. DOE 1, A Corporation, et al.* Ventura Superior Court Case No. 2024CUPP029372 |
| *John Roe PD 58 v. DOE 1, A Corporation, et al.* Ventura Superior Court Case No. 2024CUPP029389 |
| *John Roe CH 62 v. DOE 1, A Corporation, et al.* Ventura Superior Court Case No. 2024CUPP029344 |
| *Jane Roe AH 71 v. DOE 1, A Corporation, et al.* Ventura Superior Court Case No. 2024CUPP029255 |
| *John Roe BV 73 v. DOE 1, A Corporation, et al.* Ventura Superior Court Case No. 2024CUPP029381 |
| *John Roe JL 44 v. DOE 1, A Corporation, et al.* Yuba Superior Court Case No. CVPO24-01117 |
| *John Roe JA 83 v. DOE 1, A Corporation, et al.* Yuba Superior Court Case No. CVPO24-01118 |

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

**TO THE HONORABLE PATRICIA GUERRERO, CHAIR OF THE JUDICIAL COUNCIL, CHIEF JUSTICE OF CALIFORNIA, TO THE SUPERIOR COURTS, THE PARTIES TO THE ACTIONS, AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Code of Civil Procedure section 404, *et. seq.*, and California Rules of Court, rule 3.500, *et. seq.*, Plaintiffs and Petitioners, Jane Roe EA 10, John Roe CL 11, Jane Roe JC 7, John Roe LG 105, Jane Roe RW100, Jane Roe RL 8, Jane Roe EO 5, John Roe JS 2, Jane Roe SR 3, John Roe AJ, Jane Roe SV 132, Jane Roe JW 142, Jane Roe JS 12, John Roe HP 13, John Roe AH 16, Jane Roe DH 18, John Roe MO 20, Jane Roe MM 22, John Roe CL 24, Jane Roe CS 29, Jane Roe AD 30, John Roe DD 31, John Roe AS 32, Jane Roe SL 48, John Roe PH 55, John Roe HR 56, Jane Roe LM 89, John Roe AA 75, John Doe DG 79, Jane Roe MB 87, John Roe JJ 93, Jane Roe CM 94, Jane Roe AA 102, John Roe DJ 40, John Roe ND 41, John Roe PS 43, Jane Roe AS 81, Jane Roe MM 92, Jane Roe JJ 25, Jane Roe EM 26, Jane Roe HE 72, Jane Roe CH 78, John Roe EB 67, Jane Roe AH 71, John Roe BV 73, John Roe DC 57, John Roe PD 58, John Roe CH 62, Jane Roe KB 28, John Roe UE 33, Jane Roe AB 49, Jane Roe LH 54, John Roe MN 70, Jane Roe JT 34, John Roe MG 60, Jane Roe KL 66, Jane Roe HM 95, John Roe WC 36, Jane Roe LB 61, Jane Roe SB 68, Jane Roe MB 69, Jane Roe JL 37, Jane Roe RC 23, John Roe CF 85, John Roe DS 42, Jane Roe KP 45, John Roe JB 53, John Roe NR 52, John Roe DG 59, John Roe DR 63, Jane Roe CP 76, Jane Roe JN 15, John Roe RV 47, John Roe JB 65, The Estate of Jane Roe DM 101, John Roe WH 46, John Roe MF 97, John Roe CS 88, John Roe JB 21, John Roe DJ 35, John Roe TH 64, John Roe JH 77, John Roe JB 84, John Roe DC 90, Jane Roe LV 98, Jane Roe KY 91, Jane Roe AB 51, John Roe JE 82, John Roe JL 44, John Roe JA 83, and Jane Roe TT 80, by and through their counsel, Slater Slater Schulman, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211, respectfully submit this Petition for all pretrial purposes only, to the Chair of the Judicial Council to coordinate the actions listed below and order an immediate stay of all actions while the herein petition is under consideration.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

**PLEASE TAKE FURTHER NOTICE** that any written opposition or response to the herein Petition must be filed and served at least nine (9) court days before the hearing date set on this Petition. A hearing on this Petition for coordination is hereby requested.

Petitioners seek to coordinate ninety-one (91) cases which are currently filed in at least twenty-six (26) counties including Los Angeles, Alameda, Contra Costa, Del Norte, Fresno, Kern, Lassen, Napa, Orange, Placer, Riverside, Sacramento, San Bernardino, San Diego, San Francisco, San Joaquin, San Luis Obispo, San Mateo, Santa Clara, Shasta, Solano, Sonoma, Stanislaus, Tulare, Ventura, and Yuba. Judicial Coordination is warranted for the following reasons:

1. All the proposed included actions were filed on behalf of plaintiffs who plead claims of alleged sexual assault and sexual abuse by employees, agents, servants, members, and/or volunteers assigned to work at various Mormon churches located within the jurisdiction of The Church of Jesus Christ of Latter-day Saints.
2. The proposed included actions allege nearly identical causes of action and present closely related legal issues.
3. It is anticipated that additional plaintiffs, although the exact number is unknown, with the same general claims and legal issues will file lawsuits in various counties in the California Superior Court. (See Declaration of Lauren A. Welling, filed concurrently, hereinafter "Welling Decl.").
4. It is anticipated that the pending cases and those filed in the future will involve similar and related discovery with respect to the witnesses and documents on the core issues.

Petitioners seek to coordinate the cases listed below as well as similar cases filed in the State of California that constitute the subject of the herein petition.

1. *JANE ROE EA 10 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Los Angeles Superior Court Case No. 24STCV22547, filed 9/4/2024.
2. *JOHN ROE CL 11 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Los Angeles Superior Court Case No. 24STCV22558, filed 9/4/2024.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

3. *JANE ROE JC 7 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Los Angeles Superior Court Case No. 24STCV22534, filed 9/4/2024.
4. *JOHN ROE LG 105 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Los Angeles Superior Court Case No. 24STCV22562, filed 9/4/2024.
5. *JANE ROE RW 100 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Napa Superior Court Case No. 24CV001526, filed 9/4/2024.
6. *JANE ROE RL 8 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Riverside Superior Court Case No. CVRI2404888, filed 9/4/2024.
7. *JANE ROE EO 5 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Riverside Superior Court Case No. CVRI2404892, filed 9/4/2024.
8. *JANE ROE SV 132 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Riverside Superior Court Case No. CVRI2405052, filed 9/6/2024.
9. *Jane Roe JW 142 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Riverside Superior Court Case No. CVR12405002, filed 9/6/2024.
10. *JOHN ROE JS 2 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Sacramento Superior Court Case No. 24CV017593, filed 9/4/2024.
11. *JANE ROE SR 3 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Santa Clara Superior Court Case No 24CV446600, filed 9/4/2024.
12. *JOHN ROE AJ 1 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Solano Superior Court Case No. CU24-06733, filed 9/4/2024.
13. *JANE ROE JS 12 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Fresno Superior Court Case No. 24CECG03846, filed 9/4/2024.
14. *John Roe HP 13 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21707, filed 8/26/2024.
15. *John Roe AH 16 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21715, filed 8/26/2024.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

16. *Jane Roe DH 18 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21720, filed 8/26/2024.

17. *John Roe MO 20 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21721, filed 8/26/2024.

18. *Jane Roe MM 22 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21723, filed 8/26/2024.

19. *John Roe CL 24 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21727, filed 8/26/2024.

20. *Jane Roe CS 29 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21738, filed 8/26/2024.

21. *Jane Roe AD 30 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21763, filed 8/26/2024.

22. *John Roe DD 31 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21597, filed 8/26/2024.

23. *John Roe AS 32 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21673, filed 8/26/2024.

24. *Jane Roe SL 48 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21786, filed 8/26/2024.

25. *John Roe PH 55 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21697, filed 8/26/2024.

26. *John Roe HR 56 10 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21663, filed 8/26/2024.

27. *Jane Roe LM 89 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21658, filed 8/26/2024.

28. *John Roe AA 75 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21631, filed 8/26/2024.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

29. *John Doe DG 79 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21656, filed 8/26/2024.
30. *Jane Roe MB 87 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21647, filed 8/26/2024.
31. *John Roe JJ 93 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21696, filed 8/26/2024.
32. *Jane Roe CM 94 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21641, filed 8/26/2024.
33. *Jane Roe AA 102 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21800, filed 8/26/2024.
34. *John Roe DJ 40 v. DOE 1, A Corporation, et al.*, Del Norte Superior Court Case No. CV241086, filed 8/26/2024.
35. *John Roe ND 41 v. DOE 1, A Corporation, et al.*, Lassen Superior Court Case No. 2024-CV0076618, filed 8/26/2024.
36. *John Roe PS 43 v. DOE 1, A Corporation, et al.*, Shasta Superior Court Case No. 24CV-00205826, filed 8/26/2024.
37. *Jane Roe AS 81 v. DOE 1, A Corporation, et al.,* San Joaquin Superior Court Case No. STK-CV-49-2024-1048, filed 8/26/2024.
38. *Jane Roe MM 92 v. DOE 1, A Corporation, et al.,* San Joaquin Superior Court Case No. STK-CV-UPI-2024-0010364, filed 8/26/2024.
39. *Jane Roe JJ 25 v. DOE 1, A Corporation, et al.,* San Joaquin Superior Court Case No. STK-CV-UPI-2024-0010357, filed 8/26/2024.
40. *Jane Roe ME 26 v. DOE 1, A Corporation, et al.* San Joaquin Superior Court Case No. STK-CV-UPI-2024-0010369, filed 8/26/2024.
41. *Jane Roe HE 72 v. DOE 1, A Corporation, et al.,* San Joaquin Superior Court Case No. STK-CV-UPI-2024-0010349, filed 8/26/2024.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

42. *Jane Roe CH 78 v. DOE 1, A Corporation, et al.,* San Joaquin Superior Court Case No. STK-CV-UPI-2024-0010345, filed 8/26/2024.

43. *John Roe EB 67 v. DOE 1, A Corporation, et al.*, Ventura Superior Court Case No. 2024CUPP029265, filed 8/26/2024.

44. *Jane Roe AH 71 v. DOE 1, A Corporation, et al.*, Ventura Superior Court Case No. 2024CUPP029255, filed 8/26/2024.

45. John Roe BV 73 *v. DOE 1, A Corporation, et al.,* Ventura Superior Court Case No. 2024CUPP029381, filed 8/26/2024.

46. *John Roe DC 57 v. DOE 1, A Corporation, et al.,* Ventura Superior Court Case No. 2024CUPP029372, filed 8/26/2024.

47. *John Roe PD 58 v. DOE 1, A Corporation, et al.*, Ventura Superior Court Case No. 2024CUPP029389, filed 8/26/2024.

48. *John Roe CH 62 v. DOE 1, A Corporation, et al.*, Ventura Superior Court Case No. 2024CUPP029344, filed 8/26/2024.

49. *Jane Roe KB 28 v. DOE 1, A Corporation, et al.,* Alameda Superior Court Case No. 24CV088744, filed 8/26/2024.

50. *John Roe UE 33 v. DOE 1, A Corporation, et al.,* Alameda Superior Court Case No. 24CV089094, filed 8/26/2024.

51. *Jane Roe AB 49 v. DOE 1, A Corporation, et al.,* Alameda Superior Court Case No. 24CV088779, filed 8/26/2024.

52. *Jane Roe LH 54 v. DOE 1, A Corporation, et al.,* Alameda Superior Court Case No. 24CV088779, filed 8/26/2024.

53. *John Roe MN 70 v. DOE 1, A Corporation, et al.,* Alameda Superior Court Case No. 24CV088789, filed 8/26/2024.

54. *Jane Roe JT 34 v. DOE 1, A Corporation, et al.,* Contra Costa Superior Court Case No. C24-02272, filed 8/26/2024.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

55. *John Roe MG 60 v. DOE 1, A Corporation, et al.,* Contra Costa Superior Court Case No. C24-02269, filed 8/26/2024.

56. *Jane Roe KL 66 v. DOE 1, A Corporation, et al.,* Contra Costa Superior Court Case No. C24-02270, filed 8/26/2024.

57. *Jane Roe HM 95 v. DOE 1, A Corporation, et al.,* Contra Costa Superior Court Case No. C24-02271, filed 8/26/2024.

58. *John Roe WC 36 v. DOE 1, A Corporation, et al.,* Orange Superior Court Case No. 30-2024-1422168-CU-PO-CXC, filed 8/26/2024.

59. *Jane Roe LB 61 v. DOE 1, A Corporation, et al.,* Orange Superior Court Case No. 30-2024-01421247-CU-PO-CXC, filed 8/26/2024.

60. *Jane Roe SB 68 v. DOE 1, A Corporation, et al.,* Orange Superior Court Case No. 30-2024-01421246-CU-PO-CXC, filed 8/26/2024.

61. *Jane Roe MB 69 v. DOE 1, A Corporation, et al.,* Orange Superior Court Case No. 30-2024-01421222-CU-PO-CXC, filed 8/26/2024.

62. *Jane Roe JL 37 v. DOE 1, A Corporation, et al.,* Placer Superior Court Case No. S-CV-0053463, filed 8/26/2024.

63. *Jane Roe RC 23 v. DOE 1, A Corporation, et al.,* Riverside Superior Court Case No. CVRI2404966, filed 8/26/2024.

64. *John Roe CF 85 v. DOE 1, A Corporation, et al.,* Riverside Superior Court Case No. CVRI2404725, filed 8/26/2024.

65. *John Roe DS 42 v. DOE 1, A Corporation, et al.,* Sacramento Superior Court Case No. 24CV016830, filed 8/26/2024.

66. *Jane Roe KP 45 v. DOE 1, A Corporation, et al.,* Sacramento Superior Court Case No. 24CV016832, filed 8/26/2024.

67. *John Roe JB 53 v. DOE 1, A Corporation, et al.,* Sacramento Superior Court Case No. 24CV016833, field 8/26/2024.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

68. *John Roe NR 52 v. DOE 1, A Corporation, et al.,* San Bernardino Superior Court Case No. CIVSB2426278, filed 8/26/2024.

69. *John Roe DG 59 v. DOE 1, A Corporation, et al.,* San Bernardino Superior Court Case No. CIVSB2426279, filed 8/26/2024.

70. *John Roe DR 63 v. DOE 1, A Corporation, et al.,* San Bernardino Superior Court Case No. CIVRS2400711, filed 8/26/2024.

71. *Jane Roe CP 76 v. DOE 1, A Corporation, et al.,* San Bernardino Superior Court Case No. CIVSB2426280, filed 8/26/2024.

72. *Jane Roe JN 15 v. DOE 1, A Corporation, et al.,* San Diego Superior Court Case No. 24CU008028C, filed 8/26/2024.

73. *John Roe RV 47 v. DOE 1, A Corporation, et al.,* San Diego Superior Court Case No. 24CU007843C, filed 8/26/2024.

74. *John Roe JB 65 v. DOE 1, A Corporation, et al.,* San Diego Superior Court Case No. 24CU008107, filed 8/26/2024.

75. *The Estate of Jane Roe DM 101 v. DOE 1, A Corporation, et al.,* San Diego Superior Court Case No. 24CU008126C, field 8/26/2024.

76. *John Roe WH 46 v. DOE 1, A Corporation, et al.,* San Diego Superior Court Case No.24CU008045C, filed 8/26/2024.

77. *John Roe MF 97 v. DOE 1, A Corporation, et al.,* San Francisco Superior Court Case No. CGC-24-617505, filed 8/26/2024.

78. *John Roe CS 88, v. DOE 1, A Corporation, et al.,* San Luis Obispo Superior Court Case No. 24CV-0543, filed 8/26/2024.

79. *John Roe JB 21 v. DOE 1, A Corporation, et al.,* San Mateo Superior Court Case No. 24-CIV-05584, filed 8/26/2024.

80. *John Roe DJ 35 v. DOE 1, A Corporation, et al.,* Santa Clara Superior Court Case No. 24CV445956, filed 8/26/2024.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

81. *John Roe TH 64 v. DOE 1, A Corporation, et al.,* Santa Clara Superior Court Case No. 24CV445948, filed 8/26/2024.

82. *John Roe JH 77 v. DOE 1, A Corporation, et al.,* Santa Clara Superior Court Case No. 24CV445963, filed 8/26/2024.

83. *John Roe JB 84 v. DOE 1, A Corporation, et al.,* Santa Clara Superior Court Case No. 24CV445970, filed 8/26/2024.

84. *John Roe DC 90 v. DOE 1, A Corporation, et al.,* Santa Clara Superior Court Case No.24CV445975, filed 8/26/2024.

85. *Jane Roe LV 98 v. DOE 1, A Corporation, et al.,* Solano Superior Court case No.CU24-06470, filed 8/26/2024.

86. *Jane Roe KY 91 v. DOE 1, A Corporation, et al.,* Sonoma Superior Court Case No. 24CV04959, filed 8/26/2024.

87. *Jane Roe AB 51 v. DOE 1, A Corporation, et al.,* Stanislaus Superior Court Case No. CV-24-006737, filed 8/26/2024.

88. *John Roe JE 82 v. DOE 1, A Corporation, et al.,* Tulare Superior Court Case No. PCU312366, filed 8/26/2024.

89. *John Roe JL 44 v. DOE 1, A Corporation, et al.*, Yuba Superior Court Case No. CVPO24-01117, filed 8/26/2024.

90. *John Roe JA 83 v. DOE 1, A Corporation, et al.*, Yuba Superior Court Case No. CVPO24-01118, filed 8/26/2024.

91. *Jane Roe TT 80 v. DOE 1, A Corporation,* et al., Kern Superior Court Case No. BCV-24-102884, field 8/26/2024.

Petitioners is aware of other recently filed actions in the State of California that share common questions of law or facts, however these cases have not received case numbers nor have they been assigned and thus have not been included in this petition. (Welling Decl. ¶ 6.)[1] Since

[1] If coordination is granted, counsel for these Petitioners and Plaintiffs does intend to include the newly filed cases to the JCCP via add-on petition. (Welling Decl. ¶ 6.)

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

these cases are newly filed, the requests for complex litigation designation have not been acted upon, but they are being filed on a timely basis pursuant to California Rule for Court 3.402(b). The actions sought to be coordinated fall within the definition of "complex litigation" under Section 19 of the Standards of Judicial Administration and California Rules of Court rule 3.400 et, seq., of the CRC. (See "Welling Decl."). Petitioners respectfully request the Los Angeles Superior Court be assigned to handle the coordination of these actions as necessary and appropriate.

This Petition for Coordination ("the Petition") is made pursuant to Section 404 of the Code of Civil Procedure and California Rules of Court, rule 3.521 ("CRC") on the ground that one judge hearing all actions for all pretrial purposes only in the Superior Court for the County of Los Angeles will promote the ends of justice for the following reasons:

- All of the cases allege identical or virtually identical factual and legal claims/theories of recovery and have many of the same issues of fact and law;
- The cases involve the same defendants that will presumably be represented by the same counsel;
- Coordination will further the efficient utilization of judicial resources and avoid the unnecessary duplication and waste of judicial resources;
- Coordination will further the convenience of the parties, witnesses and counsel;
- Coordination will avoid duplicative or inconsistent rulings and orders; and
- Coordination will increase the possibility of the settlement of the disputed matters.

These cases and grounds for coordination are more particularly described in the Declaration of Lauren A. Welling, Memorandum of Points and Authorities, and other supporting documents.

Proof of filing in each included action of a Notice of Submission of Petition for Coordination and a copy of this Petition pursuant to California Rules of Court, rule 3.522, and any documents to be submitted pursuant to California Rules of Court, rule 3.523 will be submitted to the Chair of the Judicial Council within the time frames provided by Rules 3.522 and 3.523.

Petitioners request a stay of all cases included in the Petition and any cases that may be added to it pending resolution of the Petition.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

Dated: September 12, 2024

**SLATER SLATER SCHULMAN LLP**

By: ______________________________

Michael W. Carney
Lauren A. Welling
Sarah Kissel Meier

Attorneys for Plaintiffs and JCCP Petitioners

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

## MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

California law authorizes the coordination of complex cases pending in different courts whenever they share a common question of law or fact. (Code Civ. Proc. §404.) The statute enables the coordination of these cases to promote the efficient use of judicial resources and to facilitate resolution of all actions. (Code Civ. Proc. §404.1.) Petitioners seek to coordinate the following complex actions in Los Angeles Superior Court:

1. *JANE ROE EA 10 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Los Angeles Superior Court Case No. 24STCV22547, filed 9/4/2024, pending approval of complex designation and assignment;
2. *JOHN ROE CL 11 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Los Angeles Superior Court Case No. 24STCV22558, filed 9/4/2024, pending approval of complex designation and assignment;
3. *JANE ROE JC 7 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Los Angeles Superior Court Case No. 24STCV22534, filed 9/4/2024, pending approval of complex designation and assignment;
4. *JOHN ROE LG 105 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Los Angeles Superior Court Case No. 24STCV22562, filed 9/4/2024, pending approval of complex designation and assignment;
5. *JANE ROE RW 100 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Napa Superior Court Case No. 24CV001526, filed 9/4/2024, pending approval of complex designation and assignment;
6. *JANE ROE RL 8 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Riverside Superior Court Case No. CVRI2404888, filed 9/4/2024, assigned to Honorable Harold W. Hopp and pending approval of complex designation;

7. *JANE ROE EO 5 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Riverside Superior Court Case No. CVRI2404892, filed 9/4/2024, assigned to Honorable Harold W. Hopp and pending approval of complex designation;

8. *JANE ROE SV 132 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Riverside Superior Court Case No. CVRI2405052, filed 9/6/2024, pending approval of complex designation and assignment;

9. *Jane Roe JW 142 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Riverside Superior Court Case No. CVR12405002, filed 9/6/2024, pending approval of complex designation and assignment;

10. *JOHN ROE JS 2 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Sacramento Superior Court Case No. 24CV017593, filed 9/4/2024, assigned to Honorable Kenneth C. Mennemeier and pending approval of complex designation;

11. *JANE ROE SR 3 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Santa Clara Superior Court Case No 24CV446600, filed 9/4/2024, pending approval of complex designation and assignment;

12. *JOHN ROE AJ 1 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Solano Superior Court Case No. CU24-06733, filed 9/4/2024, pending approval of complex designation and assignment;

13. *JANE ROE JS 12 v. THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.*, Fresno Superior Court Case No. 24CECG03846, filed 9/4/2024, pending approval of complex designation and assignment.

14. *John Roe HP 13 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21707, filed 8/26/2024, pending approval of complex designation and assignment;

15. *John Roe AH 16 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21715, filed 8/26/2024, pending approval of complex designation and assignment;

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

16. *Jane Roe DH 18 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21720, filed 8/26/2024, pending approval of complex designation and assignment;

17. *John Roe MO 20 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21721, filed 8/26/2024, pending approval of complex designation and assignment;

18. *Jane Roe MM 22 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21723, filed 8/26/2024, pending approval of complex designation and assignment;

19. *John Roe CL 24 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21727, filed 8/26/2024, pending approval of complex designation and assignment;

20. *Jane Roe CS 29 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21738, filed 8/26/2024, pending approval of complex designation and assignment;

21. *Jane Roe AD 30 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21763, filed 8/26/2024, pending approval of complex designation and assignment;

22. *John Roe DD 31 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21597, filed 8/26/2024, pending approval of complex designation and assignment;

23. *John Roe AS 32 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21673, filed 8/26/2024, pending approval of complex designation and assignment;

24. *Jane Roe SL 48 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21786, filed 8/26/2024, pending approval of complex designation and assignment;

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

25. *John Roe PH 55 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21697, filed 8/26/2024, pending approval of complex designation and assignment;

26. *John Roe HR 56 10 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21663, filed 8/26/2024, pending approval of complex designation and assignment;

27. *Jane Roe LM 89 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21658, filed 8/26/2024, pending approval of complex designation and assignment;

28. *John Roe AA 75 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21631, filed 8/26/2024, pending approval of complex designation and assignment;

29. *John Doe DG 79 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21656, filed 8/26/2024, pending approval of complex designation and assignment;

30. *Jane Roe MB 87 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21647, filed 8/26/2024, pending approval of complex designation and assignment;

31. *John Roe JJ 93 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21696, filed 8/26/2024, pending approval of complex designation and assignment;

32. *Jane Roe CM 94 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21641, filed 8/26/2024, pending approval of complex designation and assignment;

33. *Jane Roe AA 102 v. DOE 1, A Corporation, et al.*, Los Angeles Superior Court Case No. 24STCV21800, filed 8/26/2024, pending approval of complex designation and assignment;

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

34. *John Roe DJ 40 v. DOE 1, A Corporation, et al.*, Del Norte Superior Court Case No. CV241086, filed 8/26/2024, pending approval of complex designation and assignment;
35. *John Roe ND 41 v. DOE 1, A Corporation, et al.*, Lassen Superior Court Case No. 2024-CV0076618, filed 8/26/2024, pending approval of complex designation and assignment;
36. *John Roe PS 43 v. DOE 1, A Corporation, et al.*, Shasta Superior Court Case No. 24CV-00205826, filed 8/26/2024, pending approval of complex designation and assignment;
37. *Jane Roe AS 81 v. DOE 1, A Corporation, et al.,* San Joaquin Superior Court Case No. STK-CV-49-2024-1048, filed 8/26/2024, pending approval of complex designation and assignment;
38. *Jane Roe MM 92 v. DOE 1, A Corporation, et al.,* San Joaquin Superior Court Case No. STK-CV-UPI-2024-0010364, filed 8/26/2024, pending approval of complex designation and assignment;
39. *Jane Roe JJ 25 v. DOE 1, A Corporation, et al.,* San Joaquin Superior Court Case No. STK-CV-UPI-2024-0010357, filed 8/26/2024, pending approval of complex designation and assignment;
40. *Jane Roe ME 26 v. DOE 1, A Corporation, et al.* San Joaquin Superior Court Case No. STK-CV-UPI-2024-0010369, filed 8/26/2024, pending approval of complex designation and assignment.
41. *Jane Roe HE 72 v. DOE 1, A Corporation, et al.,* San Joaquin Superior Court Case No. STK-CV-UPI-2024-0010349, filed 8/26/2024, pending approval of complex designation and assignment;
42. *Jane Roe CH 78 v. DOE 1, A Corporation, et al.,* San Joaquin Superior Court Case No. STK-CV-UPI-2024-0010345, filed 8/26/2024, pending approval of complex designation and assignment;
43. *John Roe EB 67 v. DOE 1, A Corporation, et al.*, Ventura Superior Court Case No. 2024CUPP029265, filed 8/26/2024, pending approval of complex designation and assignment;

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

44. *Jane Roe AH 71 v. DOE 1, A Corporation, et al.*, Ventura Superior Court Case No. 2024CUPP029255, filed 8/26/2024, pending approval of complex designation and assignment;

45. John Roe BV 73 *v. DOE 1, A Corporation, et al.,* Ventura Superior Court Case No. 2024CUPP029381, filed 8/26/2024, pending approval of complex designation and assignment;

46. *John Roe DC 57 v. DOE 1, A Corporation, et al.,* Ventura Superior Court Case No. 2024CUPP029372, filed 8/26/2024, pending approval of complex designation and assignment;

47. *John Roe PD 58 v. DOE 1, A Corporation, et al.*, Ventura Superior Court Case No. 2024CUPP029389, filed 8/26/2024, pending approval of complex designation and assignment;

48. *John Roe CH 62 v. DOE 1, A Corporation, et al.*, Ventura Superior Court Case No. 2024CUPP029344, filed 8/26/2024, pending approval of complex designation and assignment;

49. *Jane Roe KB 28 v. DOE 1, A Corporation, et al.,* Alameda Superior Court Case No. 24CV088744, filed 8/26/2024, pending approval of complex designation and assignment;

50. *John Roe UE 33 v. DOE 1, A Corporation, et al.,* Alameda Superior Court Case No. 24CV089094, filed 8/26/2024, pending approval of complex designation and assignment;

51. *Jane Roe AB 49 v. DOE 1, A Corporation, et al.,* Alameda Superior Court Case No. 24CV088779, filed 8/26/2024, pending approval of complex designation and assignment;

52. *Jane Roe LH 54 v. DOE 1, A Corporation, et al.,* Alameda Superior Court Case No. 24CV088779, filed 8/26/2024, pending approval of complex designation and assignment;

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

53. *John Roe MN 70 v. DOE 1, A Corporation, et al.,* Alameda Superior Court Case No. 24CV088789, filed 8/26/2024, pending approval of complex designation and assignment;

54. *Jane Roe JT 34 v. DOE 1, A Corporation, et al.,* Contra Costa Superior Court Case No. C24-02272, filed 8/26/2024, pending approval of complex designation and assignment;

55. *John Roe MG 60 v. DOE 1, A Corporation, et al.,* Contra Costa Superior Court Case No. C24-02269, filed 8/26/2024, pending approval of complex designation and assignment;

56. *Jane Roe KL 66 v. DOE 1, A Corporation, et al.,* Contra Costa Superior Court Case No. C24-02270, filed 8/26/2024, pending approval of complex designation and assignment;

57. *Jane Roe HM 95 v. DOE 1, A Corporation, et al.,* Contra Costa Superior Court Case No. C24-02271, filed 8/26/2024, pending approval of complex designation and assignment;

58. *John Roe WC 36 v. DOE 1, A Corporation, et al.,* Orange Superior Court Case No. 30-2024-1422168-CU-PO-CXC, filed 8/26/2024, assigned to the Honorable Randall J. Sherman and pending approval of complex designation;

59. *Jane Roe LB 61 v. DOE 1, A Corporation, et al.,* Orange Superior Court Case No. 30-2024-01421247-CU-PO-CXC, filed 8/26/2024, assigned to the Honorable Lon F. Hurwitz and pending approval of complex designation;

60. *Jane Roe SB 68 v. DOE 1, A Corporation, et al.,* Orange Superior Court Case No. 30-2024-01421246-CU-PO-CXC, filed 8/26/2024, assigned to the Honorable Randall J. Sherman and pending approval of complex designation;

61. *Jane Roe MB 69 v. DOE 1, A Corporation, et al.,* Orange Superior Court Case No. 30-2024-01421222-CU-PO-CXC, filed 8/26/2024, assigned to the Honorable William D. Claster and pending approval of complex designation;

62. *Jane Roe JL 37 v. DOE 1, A Corporation, et al.,* Placer Superior Court Case No. S-CV-0053463, filed 8/26/2024, pending approval of complex designation and assignment;

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

63. *Jane Roe RC 23 v. DOE 1, A Corporation, et al.,* Riverside Superior Court Case No. CVRI2404966, filed 8/26/2024, assigned to the Honorable Harold W. Hopp and pending approval of complex designation;

64. *John Roe CF 85 v. DOE 1, A Corporation, et al.,* Riverside Superior Court Case No. CVRI2404725, filed 8/26/2024, assigned to the Honorable Harold W. Hopp and pending approval of complex designation;

65. *John Roe DS 42 v. DOE 1, A Corporation, et al.,* Sacramento Superior Court Case No. 24CV016830, filed 8/26/2024, assigned to the Honorable Thadd A. Blizzard and pending approval of complex designation;

66. *Jane Roe KP 45 v. DOE 1, A Corporation, et al.,* Sacramento Superior Court Case No. 24CV016832, filed 8/26/2024, assigned to the Honorable Kenneth C. Mennemeier and pending approval of complex designation;

67. *John Roe JB 53 v. DOE 1, A Corporation, et al.,* Sacramento Superior Court Case No. 24CV016833, field 8/26/2024, assigned to the Honorable Kenneth C. Mennemeier and pending approval of complex designation;

68. *John Roe NR 52 v. DOE 1, A Corporation, et al.,* San Bernardino Superior Court Case No. CIVSB2426278, filed 8/26/2024, pending approval of complex designation and assignment;

69. *John Roe DG 59 v. DOE 1, A Corporation, et al.,* San Bernardino Superior Court Case No. CIVSB2426279, filed 8/26/2024, pending approval of complex designation and assignment;

70. *John Roe DR 63 v. DOE 1, A Corporation, et al.,* San Bernardino Superior Court Case No. CIVRS2400711, filed 8/26/2024, pending approval of complex designation and assignment;

71. *Jane Roe CP 76 v. DOE 1, A Corporation, et al.,* San Bernardino Superior Court Case No. CIVSB2426280, filed 8/26/2024, pending approval of complex designation and assignment;

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

72. *Jane Roe JN 15 v. DOE 1, A Corporation, et al.,* San Diego Superior Court Case No. 24CU008028C, filed 8/26/2024, pending approval of complex designation and assignment;

73. *John Roe RV 47 v. DOE 1, A Corporation, et al.,* San Diego Superior Court Case No. 24CU007843C, filed 8/26/2024, pending approval of complex designation and assignment;

74. *John Roe JB 65 v. DOE 1, A Corporation, et al.,* San Diego Superior Court Case No. 24CU008107, filed 8/26/2024, pending approval of complex designation and assignment;

75. *The Estate of Jane Roe DM 101 v. DOE 1, A Corporation, et al.,* San Diego Superior Court Case No. 24CU008126C, field 8/26/2024, pending approval of complex designation and assignment;

76. *John Roe WH 46 v. DOE 1, A Corporation, et al.,* San Diego Superior Court Case No.24CU008045C, filed 8/26/2024, pending approval of complex designation and assignment;

77. *John Roe MF 97 v. DOE 1, A Corporation, et al.,* San Francisco Superior Court Case No. CGC-24-617505, filed 8/26/2024, pending approval of complex designation and assignment;

78. *John Roe CS 88, v. DOE 1, A Corporation, et al.,* San Luis Obispo Superior Court Case No. 24CV-0543, filed 8/26/2024, pending approval of complex designation and assignment;

79. *John Roe JB 21 v. DOE 1, A Corporation, et al.,* San Mateo Superior Court Case No. 24-CIV-05584, filed 8/26/2024, pending approval of complex designation and assignment;

80. *John Roe DJ 35 v. DOE 1, A Corporation, et al.,* Santa Clara Superior Court Case No. 24CV445956, filed 8/26/2024, pending approval of complex designation and assignment;

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

81. *John Roe TH 64 v. DOE 1, A Corporation, et al.,* Santa Clara Superior Court Case No. 24CV445948, filed 8/26/2024, pending approval of complex designation and assignment;

82. *John Roe JH 77 v. DOE 1, A Corporation, et al.,* Santa Clara Superior Court Case No. 24CV445963, filed 8/26/2024, pending approval of complex designation and assignment;

83. *John Roe JB 84 v. DOE 1, A Corporation, et al.,* Santa Clara Superior Court Case No. 24CV445970, filed 8/26/2024, pending approval of complex designation and assignment;

84. *John Roe DC 90 v. DOE 1, A Corporation, et al.,* Santa Clara Superior Court Case No.24CV445975, filed 8/26/2024, pending approval of complex designation and assignment;

85. *Jane Roe LV 98 v. DOE 1, A Corporation, et al.,* Solano Superior Court case No.CU24-06470, filed 8/26/2024, pending approval of complex designation and assignment;

86. *Jane Roe KY 91 v. DOE 1, A Corporation, et al.,* Sonoma Superior Court Case No. 24CV04959, filed 8/26/2024, pending approval of complex designation and assignment;

87. *Jane Roe AB 51 v. DOE 1, A Corporation, et al.,* Stanislaus Superior Court Case No. CV-24-006737, filed 8/26/2024, pending approval of complex designation and assignment;

88. *John Roe JE 82 v. DOE 1, A Corporation, et al.,* Tulare Superior Court Case No. PCU312366, filed 8/26/2024, pending approval of complex designation and assignment;

89. *John Roe JL 44 v. DOE 1, A Corporation, et al.*, Yuba Superior Court Case No. CVPO24-01117, filed 8/26/2024, pending approval of complex designation and assignment;

90. *John Roe JA 83 v. DOE 1, A Corporation, et al.*, Yuba Superior Court Case No. CVPO24-01118, filed 8/26/2024, pending approval of complex designation and assignment;

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

91. *Jane Roe TT 80 v. DOE 1, A Corporation,* et al., Kern Superior Court Case No. BCV-24-102884, field 8/26/2024, pending approval of complex designation and assignment;

These cases are premised on similar facts and involve the same legal claims and issues, for alleged sexual misconduct and sexual abuse by employees, leaders, agents, servants, members, and/or volunteers assigned to work at various Mormon churches, wards, and stakes located within the jurisdiction of The Church of Jesus Christ of Latter-day Saints.

Coordinating the actions "will promote the ends of justice" as required under CCP §§ 404 and 404.1. The cases involve similar factual allegations and nearly identical legal issues, theories of liability and will involve similar discovery. Coordination will save the courts and parties significant resources by avoiding duplicative motions and discovery and prevent inconsistent rulings.

Code of Civil Procedure section 404 permits coordination of these actions because all are complex pursuant to California Rules of Court, rule 3.400(b). The cases will include the following: (1) numerous pretrial motions raising difficult or novel legal issues that will be time-consuming to resolve; (2) management of a large number of witnesses or a substantial amount of documentary evidence; and (3) coordination with related actions pending in one or more courts in other counties. Therefore, Petitioners respectfully request the cases be coordinated and Los Angeles Superior Court be designated as the appropriate venue.

## II. FACTUAL BACKGROUND

### A. The *JANE ROE EA 10* Action

On or about September 4, 2024, Petitioner filed this action in Los Angeles Superior Court. Petitioner alleges she was sexually assaulted by an Elder in the local Mormon church associated with The Church of Jesus Christ of Latter-day Saints. She alleges The Church of Jesus Christ of Latter-day Saints and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 2, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, The Church of Jesus Christ of Latter-day Saints is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

B. <u>The *JOHN ROE CL 11* Action</u>

On or about September 4, 2024, Petitioner filed this action in Los Angeles Superior Court. Petitioner alleges he was sexually assaulted by a Bishop and two Elder in the local Mormon church associated with The Church of Jesus Christ of Latter-day Saints. He alleges The Church of Jesus Christ of Latter-day Saints and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 2, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, The Church of Jesus Christ of Latter-day Saints is represented by Jason

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

C. <u>The *JANE ROE JC 7* Action</u>

On or about September 4, 2024, Petitioner filed this action in Los Angeles Superior Court. Petitioner alleges she was sexually assaulted by a Bishop in the local Mormon church associated with The Church of Jesus Christ of Latter-day Saints. She alleges The Church of Jesus Christ of Latter-day Saints and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 2, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, The Church of Jesus Christ of Latter-day Saints is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

D. <u>The *JOHN ROE LG 105* Action</u>

On or about September 4, 2024, Petitioner filed this action in Los Angeles Superior Court. Petitioner alleges he was sexually assaulted by an Elder in the local Mormon church associated with The Church of Jesus Christ of Latter-day Saints. He alleges The Church of Jesus Christ of Latter-day Saints and the other defendants are liable under the following causes of action:

1. Negligence

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 2, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, The Church of Jesus Christ of Latter-day Saints is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

E. The *JANE ROE RW 100* Action

On or about September 4, 2024, Petitioner filed this action in Napa Superior Court. Petitioner alleges she was sexually assaulted by an Employee in the local Mormon church associated with The Church of Jesus Christ of Latter-day Saints. She alleges The Church of Jesus Christ of Latter-day Saints and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 2, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, The Church of Jesus Christ of Latter-day Saints is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

F. The *JANE ROE RL 8* Action

On or about September 4, 2024, Petitioner filed this action in Riverside Superior Court. Petitioner alleges she was sexually assaulted by a Teacher in the local Mormon church associated with The Church of Jesus Christ of Latter-day Saints. She alleges The Church of Jesus Christ of Latter-day Saints and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 2,3, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Petitioner is also represented by Anne Andrews and Rob Siko of ANDREWS & THORNTON, located at 4701 Von Karman Ave, Suite 300, Newport Beach, California 92660. Defendants have been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, The Church of Jesus Christ of Latter-day Saints is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

G. The *JANE ROE EO 5* Action

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

On or about September 4, 2024, Petitioners filed this action in Riverside Superior Court. Petitioner alleges she was sexually assaulted by an Adult and Counselor's son in the local Mormon church associated with The Church of Jesus Christ of Latter-day Saints. She alleges The Church of Jesus Christ of Latter-day Saints and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 2, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, The Church of Jesus Christ of Latter-day Saints is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

H. The *JANE ROE SV 132* Action

On or about September 6, 2024, Petitioners filed this action in Riverside Superior Court. Petitioner alleges she was sexually assaulted by Bishop in the local Mormon church associated with The Church of Jesus Christ of Latter-day Saints. She alleges The Church of Jesus Christ of Latter-day Saints and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel: (310) 341-2086 | Fax: (310) 773-5573

4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 4, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. All Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, The Church of Jesus Christ of Latter-day Saints is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

I. <u>The *JANE ROE JW 142* Action</u>

On or about September 6, 2024, Petitioners filed this action in Riverside Superior Court. Petitioner alleges she was sexually assaulted by a Bishop in the local Mormon church associated with The Church of Jesus Christ of Latter-day Saints. She alleges The Church of Jesus Christ of Latter-day Saints and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 4, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. All Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

(Welling Decl. ¶7.) Defendant, The Church of Jesus Christ of Latter-day Saints is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

J. The *JOHN ROE JS 2* Action

On or about September 4, 2024, Petitioner filed this action in Sacramento Superior Court. Petitioner alleges he was sexually assaulted by a Bishop in the local Mormon church associated with The Church of Jesus Christ of Latter-day Saints. He alleges The Church of Jesus Christ of Latter-day Saints and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 2, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, The Church of Jesus Christ of Latter-day Saints is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

K. The *JANE ROE SR 3* Action

On or about September 4, 2024, Petitioner filed this action in Santa Clara Superior Court. Petitioner alleges she was sexually assaulted by a Bishop in the local Mormon church associated with The Church of Jesus Christ of Latter-day Saints. She alleges The Church of Jesus Christ of Latter-day Saints and the other defendants are liable under the following causes of action:

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 2, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, The Church of Jesus Christ of Latter-day Saints is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

L. The *JOHN ROE AJ 1* Action

On or about September 4, 2024, Petitioner filed this action in Solano Superior Court. Petitioner alleges he was sexually assaulted by a Bishop in the local Mormon church associated with The Church of Jesus Christ of Latter-day Saints. He alleges The Church of Jesus Christ of Latter-day Saints and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 2, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, The Church of Jesus Christ of Latter-day Saints is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

M. The *JANE ROE JS 12* Action

On or about September 4, 2024, Petitioners filed this action in Fresno Superior Court. Petitioner alleges she was sexually assaulted by a Melchizedek Priest in the local Mormon church associated with The Church of Jesus Christ of Latter-day Saints. She alleges The Church of Jesus Christ of Latter-day Saints and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 4, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. All Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, The Church of Jesus Christ of Latter-day Saints is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

N. The *JOHN ROE HP 13* Action

On or about August 26, 2024, Petitioner filed this action in Los Angeles Superior Court.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

Petitioner alleges he was sexually assaulted by an Elder in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

O. The *JOHN ROE AH 16* Action

On or about August 26, 2024, Petitioner filed this action in Los Angeles Superior Court. Petitioner alleges he was sexually assaulted by an Elder in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

P. <u>The *JANE ROE DH 18* Action</u>

On or about August 26, 2024, Petitioner filed this action in Los Angeles Superior Court. Petitioner alleges she was sexually assaulted by a Bishop in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

801-913-5255.

Q. The *JOHN ROE MO 20* Action

On or about August 26, 2024, Petitioner filed this action in Los Angeles Superior Court. Petitioner alleges he was sexually assaulted by a Bishop in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

R. The *JANE ROE MM 22* Action

On or about August 26, 2024, Petitioner filed this action in Los Angeles Superior Court. Petitioner alleges he was sexually assaulted by a Leader in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

S. <u>The *JOHN ROE CL 24* Action</u>

On or about August 26, 2024, Petitioner filed this action in Los Angeles Superior Court. Petitioner alleges he was sexually assaulted by a Counselor in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

T. <u>The *JOHN ROE CS 29* Action</u>

On or about August 26, 2024, Petitioner filed this action in Los Angeles Superior Court. Petitioner alleges he was sexually assaulted by a Stake President in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

U. <u>The *JANE ROE AD 30* Action</u>

On or about August 26, 2024, Petitioner filed this action in Los Angeles Superior Court. Petitioner alleges she was sexually assaulted by a Bishop in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

V. The *JOHN ROE DD 31* Action

On or about August 26, 2024, Petitioner filed this action in Los Angeles Superior Court. Petitioner alleges he was sexually assaulted by a High Priest in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

W. The *JOHN ROE AS 32* Action

On or about August 26, 2024, Petitioner filed this action in Los Angeles Superior Court. Petitioner alleges he was sexually assaulted by a High Priest and Counselor in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

X. The *JANE ROE SL 48* Action

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

On or about August 26, 2024, Petitioner filed this action in Los Angeles Superior Court. Petitioner alleges she was sexually assaulted by a Teacher in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

Y. <u>The *JOHN ROE PH 55* Action</u>

On or about August 26, 2024, Petitioner filed this action in Los Angeles Superior Court. Petitioner alleges he was sexually assaulted by a Sunday School Teacher in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention

5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

### Z. The *JOHN ROE HR 56* Action

On or about August 26, 2024, Petitioner filed this action in Los Angeles Superior Court. Petitioner alleges he was sexually assaulted by a Teacher in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

AA. The *JANE ROE LM 89* Action

On or about August 26, 2024, Petitioner filed this action in Los Angeles Superior Court. Petitioner alleges she was sexually assaulted by a Choir Leader in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

BB. The *JOHN ROE AA 75* Action

On or about August 26, 2024, Petitioner filed this action in Los Angeles Superior Court. Petitioner alleges he was sexually assaulted by a Counselor in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

CC. The *JOHN ROE DG 79* Action

On or about August 26, 2024, Petitioner filed this action in Los Angeles Superior Court. Petitioner alleges he was sexually assaulted by a Bishop in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty
7. Intentional Infliction of Emotional Distress

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

DD. The *JANE ROE MB 87* Action

On or about August 26, 2024, Petitioner filed this action in Los Angeles Superior Court. Petitioner alleges she was sexually assaulted by a Leader in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

EE. The *JOHN ROE JJ 93* Action

On or about August 26, 2024, Petitioner filed this action in Los Angeles Superior Court.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

Petitioner alleges he was sexually assaulted by a Leader in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

FF. The *JANE ROE CM 94* Action

On or about August 26, 2024, Petitioner filed this action in Los Angeles Superior Court. Petitioner alleges she was sexually assaulted by a Bible Study Teacher in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff

6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

GG. The *JANE ROE AA 102* Action

On or about August 26, 2024, Petitioner filed this action in Los Angeles Superior Court. Petitioner alleges she was sexually assaulted by a Missionary in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Sexual Assault
3. Negligent Hiring, Supervision and Retention
4. Negligent Failure to Warn, Train, or Educate Plaintiff

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

HH. The *JOHN ROE DJ 40* Action

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

On or about August 26, 2024, Petitioner filed this action in Del Norte Superior Court. Petitioner alleges he was sexually assaulted by a High Priest in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

II. The *JOHN ROE ND 41* Action

On or about August 26, 2024, Petitioner filed this action in Lassen Superior Court. Petitioner alleges he was sexually assaulted by a Bishop and by a President in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

JJ. The *JOHN ROE PS 43* Action

On or about August 26, 2024, Petitioner filed this action in Shasta Superior Court. Petitioner alleges he was sexually assaulted by an Elder in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

KK. The *JANE ROE AS 81* Action

On or about August 26, 2024, Petitioner filed this action in San Joaquin Superior Court. Petitioner alleges She was sexually assaulted by Elders in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

LL. The *JANE ROE MM 92* Action

On or about August 26, 2024, Petitioner filed this action in San Joaquin Superior Court. Petitioner alleges she was sexually assaulted by a Leader in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd, Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

MM. <u>The *JANE ROE JJ 25* Action</u>

On or about August 26, 2024, Petitioner filed this action in San Joaquin Superior Court. Petitioner alleges she was sexually assaulted by an Elder in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

NN. The *JANE ROE EM 26* Action

On or about August 26, 2024, Petitioner filed this action in San Joaquin Superior Court. Petitioner alleges she was sexually assaulted by an Elder in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

OO. The *JANE ROE HE 72* Action

On or about August 26, 2024, Petitioner filed this action in San Joaquin Superior Court. Petitioner alleges she was sexually assaulted by an Elder in the local church associated with

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

PP. The *JANE ROE CH 78* Action

On or about August 26, 2024, Petitioner filed this action in San Joaquin Superior Court. Petitioner alleges she was sexually assaulted by a High Priest in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

QQ. The *JANE ROE EB 67* Action

On or about August 26, 2024, Petitioner filed this action in Ventura Superior Court. Petitioner alleges she was sexually assaulted by a Teacher in the local church associated with Defendant DOE 1. she alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

RR. The *JANE ROE AH 71* Action

On or about August 26, 2024, Petitioner filed this action in Ventura Superior Court. Petitioner alleges she was sexually assaulted by a Counselor in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

SS. The *JOHN ROE BV 73* Action

On or about August 26, 2024, Petitioner filed this action in Ventura Superior Court. Petitioner alleges he was sexually assaulted by a Youth Pastor in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd, Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

TT. The *JOHN ROE DC 57* Action

On or about August 26, 2024, Petitioner filed this action in Ventura Superior Court. Petitioner alleges he was sexually assaulted by Elders in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

UU. The *JOHN ROE PD 58* Action

On or about August 26, 2024, Petitioner filed this action in Ventura Superior Court. Petitioner alleges he was sexually assaulted by a Janitor in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

VV. The *JOHN ROE CH 62* Action

On or about August 26, 2024, Petitioner filed this action in Ventura Superior Court. Petitioner alleges he was sexually assaulted by a Bishop in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

WW. <u>The *JOHN ROE KB 28* Action</u>

On or about August 26, 2024, Petitioner filed this action in Alameda Superior Court. Petitioner alleges he was sexually assaulted by a Missionary in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

XX. <u>The *JOHN ROE UE 33* Action</u>

On or about August 26, 2024, Petitioner filed this action in Alameda Superior Court. Petitioner alleges he was sexually assaulted by an Elder in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

YY. <u>The *JANE ROE AB 49* Action</u>

On or about August 26, 2024, Petitioner filed this action in Alameda Superior Court. Petitioner alleges she was sexually assaulted by a Janitor in the local church associated with

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

ZZ. <u>The *JANE ROE LH 54* Action</u>

On or about August 26, 2024, Petitioner filed this action in Alameda Superior Court. Petitioner alleges she was sexually assaulted by an Elder in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

AAA. The *JOHN ROE MN 70* Action

On or about August 26, 2024, Petitioner filed this action in Alameda Superior Court. Petitioner alleges he was sexually assaulted by an Elder in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

BBB. The *JANE ROE JT 34* Action

On or about August 26, 2024, Petitioner filed this action in Contra Costa Superior Court. Petitioner alleges she was sexually assaulted by a Missionary in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

CCC. The *JOHN ROE MG 60* Action

On or about August 26, 2024, Petitioner filed this action in Contra Costa Superior Court. Petitioner alleges he was sexually assaulted by a Missionary in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

DDD. <u>The *JANE ROE KL 66* Action</u>

On or about August 26, 2024, Petitioner filed this action in Contra Costa Superior Court. Petitioner alleges she was sexually assaulted by a Member of the Quorum of the Seventy in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

7. Negligence
8. Negligent Supervision of a Minor
9. Sexual Abuse of a Minor
10. Negligent Hiring, Supervision and Retention
11. Negligent Failure to Warn, Train, or Educate Plaintiff
12. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

(Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

EEE. The *JANE ROE HM 95* Action

On or about August 26, 2024, Petitioner filed this action in Contra Costa Superior Court. Petitioner alleges she was sexually assaulted by a Bishop in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

FFF. The *JOHN ROE WC 63* Action

On or about August 26, 2024, Petitioner filed this action in Orange Superior Court. Petitioner alleges he was sexually assaulted by an Elder in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

GGG. The *JANE ROE LB 61* Action

On or about August 26, 2024, Petitioner filed this action in Orange Superior Court. Petitioner alleges she was sexually assaulted by Members in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

HHH. The *JANE ROE SB 68* Action

On or about August 26, 2024, Petitioner filed this action in Orange Superior Court. Petitioner alleges she was sexually assaulted by a Missionary in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty
7. Intentional Infliction of Emotional Distress

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

III. The *JANE ROE MB 69* Action

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

On or about August 26, 2024, Petitioner filed this action in Orange Superior Court. Petitioner alleges she was sexually assaulted by a Teacher in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

JJJ. The *JANE ROE JL 37* Action

On or about August 26, 2024, Petitioner filed this action in Placer Superior Court. Petitioner alleges she was sexually assaulted by a Bishop in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd, Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

KKK. <u>The *JANE ROE RC 23* Action</u>

On or about August 26, 2024, Petitioner filed this action in Riverside Superior Court. Petitioner alleges she was sexually assaulted by an Elder in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

801-913-5255.

LLL. The *JOHN ROE CF 85* Action

On or about August 26, 2024, Petitioner filed this action in Riverside Superior Court. Petitioner alleges he was sexually assaulted by an Elder in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

MMM. The *JOHN ROE DS 42* Action

On or about August 26, 2024, Petitioner filed this action in Sacramento Superior Court. Petitioner alleges he was sexually assaulted by a Teacher in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel: (310) 341-2086 | Fax: (310) 773-5573

3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

NNN. <u>The *JANE ROE KP 45* Action</u>

On or about August 26, 2024, Petitioner filed this action in Sacramento Superior Court. Petitioner alleges she was sexually assaulted by a Missionary in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

OOO. The *JOHN ROE JB 53* Action

On or about August 26, 2024, Petitioner filed this action in Sacramento Superior Court. Petitioner alleges he was sexually assaulted by a Priest in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

PPP. The *JOHN ROE NR 52* Action

On or about August 26, 2024, Petitioner filed this action in San Bernardino Superior Court. Petitioner alleges he was sexually assaulted by a Bishop in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

QQQ. The *JOHN ROE DG 59* Action

On or about August 26, 2024, Petitioner filed this action in San Bernardino Superior Court. Petitioner alleges he was sexually assaulted by a Leader in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

RRR. The *JOHN ROE DR 63* Action

On or about August 26, 2024, Petitioner filed this action in San Bernardino Superior Court. Petitioner alleges he was sexually assaulted by a Youth Pastor in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

SSS. The *JANE ROE CP 76* Action

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

On or about August 26, 2024, Petitioner filed this action in San Bernardino Superior Court. Petitioner alleges she was sexually assaulted by a High Priest in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

TTT. <u>The *JANE ROE JN 15* Action</u>

On or about August 26, 2024, Petitioner filed this action in San Diego Superior Court. Petitioner alleges she was sexually assaulted by a Bishop in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention

5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

UUU. The *JOHN ROE RV 47* Action

On or about August 26, 2024, Petitioner filed this action in San Deigo Superior Court. Petitioner alleges he was sexually assaulted by a Bishop in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

VVV. The *JOHN ROE JB 65* Action

On or about August 26, 2024, Petitioner filed this action in San Diego Superior Court. Petitioner alleges he was sexually assaulted by a Bishop in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty
7. Intentional Infliction of Emotional Distress

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

WWW. The *ESTATE OF JANE ROE DM 101* Action

On or about August 26, 2024, Petitioner filed this action in San Diego Superior Court. Petitioner alleges Jane Roe DM 101 was sexually assaulted by an Elder in the local church associated with Defendant DOE 1. Petitioner alleges DOE 1 and the other defendants are liable under the following causes of action:

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

XXX. The *JOHN ROE WH 46* Action

On or about August 26, 2024, Petitioner filed this action in San Diego Superior Court. Petitioner alleges he was sexually assaulted by an Elder in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

YYY. The *JOHN ROE MF 97* Action

On or about August 26, 2024, Petitioner filed this action in San Francisco Superior Court. Petitioner alleges he was sexually assaulted by a Priest in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

ZZZ. The *JOHN ROE CS 88* Action

On or about August 26, 2024, Petitioner filed this action in San Louis Obispo Superior

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

Court. Petitioner alleges he was sexually assaulted by a Missionary in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

AAAA. The *JOHN ROE JB 21* Action

On or about August 26, 2024, Petitioner filed this action in San Mateo Superior Court. Petitioner alleges he was sexually assaulted by a Church employee in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff

6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

BBBB. <u>The *JOHN ROE DJ 35* Action</u>

On or about August 26, 2024, Petitioner filed this action in Santa Clara Superior Court. Petitioner alleges he was sexually assaulted by a Chaplain in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

801-913-5255.

CCCC. The *JOHN ROE TH 64* Action

On or about August 26, 2024, Petitioner filed this action in Santa Clara Superior Court. Petitioner alleges he was sexually assaulted by a Member in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

DDDD. The *JOHN ROE JH 77* Action

On or about August 26, 2024, Petitioner filed this action in Santa Clara Superior Court. Petitioner alleges he was sexually assaulted by an Elder in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

EEEE. The *JOHN ROE JB 84* Action

On or about August 26, 2024, Petitioner filed this action in Santa Clara Superior Court. Petitioner alleges he was sexually assaulted by a Leader in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

FFFF. The *JOHN ROE DC 91* Action

On or about August 26, 2024, Petitioner filed this action in Santa Clara Superior Court. Petitioner alleges he was sexually assaulted by a Leader in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

GGGG. The *JANE ROE LV 98* Action

On or about August 26, 2024, Petitioner filed this action in Solano Superior Court. Petitioner alleges she was sexually assaulted by an Usher in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

HHHH. <u>The *JANE ROE KY 91* Action</u>

On or about August 26, 2024, Petitioner filed this action in Sonoma Superior Court. Petitioner alleges she was sexually assaulted by a Missionary in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

IIII. The *JANE ROE AB 51* Action

On or about August 26, 2024, Petitioner filed this action in Stanislaus Superior Court. Petitioner alleges she was sexually assaulted by a Deacon in the local church associated with Defendant DOE 1. She alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

JJJJ. The *JOHN ROE JE 82* Action

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

On or about August 26, 2024, Petitioner filed this action in Tulare Superior Court. Petitioner alleges he was sexually assaulted by a Member in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

KKKK. <u>The *JOHN ROE JL 44* Action</u>

On or about August 26, 2024, Petitioner filed this action in Yuba Superior Court. Petitioner alleges he was sexually assaulted by a Elder in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

LLLL. The *JOHN ROE JA 83* Action

On or about August 26, 2024, Petitioner filed this action in Yuba Superior Court. Petitioner alleges he was sexually assaulted by a Youth Pastor in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

MMMM. The *JOHN ROE TT 80* Action

On or about August 26, 2024, Petitioner filed this action in Kern Superior Court. Petitioner alleges he was sexually assaulted by a Church Member in the local church associated with Defendant DOE 1. He alleges DOE 1 and the other defendants are liable under the following causes of action:

1. Negligence
2. Negligent Supervision of a Minor
3. Sexual Abuse of a Minor
4. Negligent Hiring, Supervision and Retention
5. Negligent Failure to Warn, Train, or Educate Plaintiff
6. Breach of Mandatory Duty

(Welling Decl. ¶¶ 5, 8-10.)

Petitioner is represented by Michael W. Carney, Lauren A. Welling, and Sarah Kissel Meier of SLATER SLATER SCHULMAN, LLP, 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211; Phone 310-341-2086; Fax (310) 773-5573. Defendants have not been served with the summons and complaint. There are currently no motions pending and a trial date has not been set. (Welling Decl. ¶7.) Defendant, DOE 1 is represented by Jason Beutler, Wade Woodard and Peter Schofield of KIRTON MCCONKIE, 2600 W. Executive Pkwy., Ste. 400, Lehi, Utah 84043; Phone 801-913-5255.

## III. COORDINATION IS PROPER AND WILL PROMOTE THE ENDS OF JUSTICE

Coordination promotes "judicial efficiency and economy by providing for the unified management of both pretrial and trial phases of the coordinated cases." (*Citicorp North Am., Inc. v. Sup. Ct.*, (1989) 213 Cal. App. Ed 563, 565 n.3.) Code of Civil Procedure section 404 governs the method for coordination when complex cases share a common question of law or fact. Coordination is proper when two or more requirements are met: (1) the actions are "complex" as defined by the Judicial Council, and (2) the actions meet the coordination criteria set forth in Code of Civil Procedure sections 404 and 404.1. Specifically, the Court must consider whether

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

coordination promotes the ends of justice by taking into account whether common questions of fact or law predominate and are significant to the litigation; the convenience of the parties; witnesses, and counsel; the relative development of actions and the work product of counsel; the efficient utilization of judicial facilities and manpower; the calendar of the courts; the disadvantages of duplicative and inconsistent rulings or orders; and, the likelihood of settlement of the actions without further litigation should coordination be denied. (Code Civ. Proc. §§ 404, 404.1.) All such elements form the basis of this Petition, therefore, this Petition should be granted.

A. The Actions Are Complex

Pursuant to California Rule of Court 3.400(a), a case is considered complex if it "requires exceptional judicial management to avoid placing unnecessary burdens on the court or the litigants and to expedite the case, keep costs reasonable, and promote effective decision making by the court, the parties, and counsel." (Cal. Rule of Court, Rule 3.400(a).) The cases listed herein and those filed by similarly situated plaintiffs throughout California constitute complex litigation under Section 19 of the Standard of Judicial Administration and California Rules of Court, rule 3.400 *et seq.*, and thus, satisfy the first prong of coordination. The cases will include the following: (1) numerous pretrial motions raising difficult or novel legal issues that will be time-consuming to resolve; (2) management of a large number of witnesses or a substantial amount of documentary evidence; and (3) coordination with related actions pending in one or more courts in other counties.

For these reasons, Petitioners respectfully request that these cases be coordinated, and that the Los Angeles County Superior Court be deemed the appropriate venue.

**B. These Cases Meet The Requirements of Code of Civil Procedure Section 404.1**

A court must consider various factors before cases can properly be coordinated. These factors are (1) whether the common question of fact or law is predominating and significant to the litigation, (2) the convenience of the parties, witnesses, and counsel, (3) the efficient utilization of judicial resources, (4) the calendar of the courts, (5) the disadvantages of duplicative and inconsistent rulings, orders, or judgments, and (6) the likelihood of settlement should

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

coordination of the cases be denied. (CRC 3.400(b).) A court must weigh and balance all of these factors when considering a petition for coordination. (*Pesses v. Sup. Ct.* (1980) 107 Cal. App. 3d 117, 125-26.) Here, coordination of Petitioners' cases is proper.

**1. The Plaintiffs in the Pending Actions Allege Common Claims, Facts and Present Common Legal Issues, Which Predominate and Are Significant to The Litigation**

The cases filed to date and likely to be filed will turn on similar factual issues and evidence as to whether Defendants were aware of and/or adequately addressed the alleged sexual misconduct of employees, leaders, agents, servants, members, and/or volunteers assigned to various Mormon churches within the jurisdiction of The Church of Jesus Christ of Latter-day Saints. The cases hinge on the same legal theories of liability with respect to the core issues of The Church of Jesus Christ of Latter-day Saints', including its wards, stakes, and congregations, alleged knowledge of and/or response to the alleged sexual misconduct. The differences in these cases are limited primarily to the specific allegations of abuse and damages stemming therefrom. Those facts, while important, are secondary to the theories of liability that predominate Petitioners' claims against the Defendants. Generally, the theories of liability stem from the same alleged acts and/or omissions by Defendants, regardless of any individualized issues unique to the alleged abuse. (Welling Decl., ¶¶ 2, 4, 5, 8-10.)

**2. Coordination Will Promote the Efficient Use of Judicial Resources and Will Advance the Convenience of the Parties, Witnesses and Counsel**

Coordination of the actions "will promote the ends of justice" as required by CCP §§ 404 and 404.1, by streamlining: the pleadings, legal challenges to pleadings, written discovery and deposition discovery, dispositive motions, mediations efforts, and pre-trial proceedings and rulings. (Welling Decl. ¶11.) Coordination will promote the efficient use of judicial resources and will accommodate the convenience of all counsel by preventing the duplication of effort and the costly adjudication of the same or substantially similar motions, such as demurrers, judgment on the pleadings and summary judgment. (*Id.*) Additionally, pursuant to Code of Civil Procedure §340.1, many of the actions will likely require *ex parte* applications and hearings to serve Defendants as

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

well as *ex parte* applications and hearings to name Defendants in some of these actions. Coordinating these actions will significantly reduce the burden on judicial resources to hold potentially hundreds of *ex parte* hearings. (Welling Decl. ¶15.)Coordination will avoid duplicative testimony at trial and during depositions.

Coordination also will advance the convenience of counsel by conserving their resources through cooperative discovery that will benefit all parties. As one court has held, "[t]he preparation for trial in terms of depositions, interrogatories, admissions ... will be better achieved if done in a coordinated manner." (*McGhan Med Corp. v. Sup. Ct.*, (1992) 11 Cal. App. 4th 804, 814.) Judicial resources will also be conserved in overseeing settlement negotiations.

**3. The Relative Development of the Actions Weigh in Favor of Coordination**

A petition for coordination "may be made at any time after filing of the complaint." (Cal. Rules of Court, rule 3.521(a).) Coordination is particularly appropriate under the present circumstances given the infancy of the Petitioners' claims, as all claims are recently filed and have not been set for trial. (Welling Decl. ¶7.) No depositions have been taken nor has discovery been conducted. Similar discovery will be at issues in all of Petitioners' cases, as all of the cases revolve around Defendants alleged knowledge of and/or response to the alleged sexual misconduct. The need for coordination is immediately apparent and will only increase as the cases develop. No party will be prejudiced from any delay in coordination. In fact, delay will likely result in duplicative efforts and rulings, wasting the resources of the courts, counsel and the parties.

**4. Coordination Will Help Ease the Calendars of the Courts**

Petitioners' claims are pending in multiple counties across the State of California and further may filed. Coordination will minimize the burden on the judicial system and the courts in which similar claims are and will be filed by avoiding repeated adjudication of common questions of law and fact involving the same Defendants and theories of liability. (Welling Decl. ¶13.)

**5. Coordination Will Prevent Duplicative and Inconsistent Rulings**

Petitioners' cases and similar cases filed will likely involve significant motion practice. Coordination will promote uniform, consistent rulings. (Welling Decl. ¶14.) By contrast, allowing

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

these cases to proceed independently will result in multiple courts determining the same issues, via the same motions, including demurrers, discovery motions and summary judgment. This would significantly increase the chance of inconsistent rulings. Moreover, should the inconsistent rulings damage a plaintiff's case and benefit another despite the shared questions of fact and law, there is the potential for different Courts of Appeal to be inundated with divergent, trial court opinions. Coordination will assist in achieving uniformity. (*McGhan Med. Corp., supra*, 11 Cal. App. 4th at 814.)

**6. If Coordination is Denied, It Is Unlikely These Cases Will Settle Without Further Litigation**

The final factor to be considered under Code of Civil Procedure section 404.1 is "the likelihood of settlement of the actions without further litigation should coordination be denied." It is unlikely that denial of coordination would foster settlement - in fact, it would likely do the opposite. The included actions involve multiple claims and significant issues. These cases will likely be vigorously litigated. Generally, coordination assists in the settlement process because the parties, at the Court's urging, are required to create organized plans for mediation or settlement. If experience is a guide, coordination should lead to greater efficiencies in the litigation process, and to coordinated settlement discussions. (Welling Decl. ¶16.)

## IV. LOS ANGELES COUNTY SUPERIOR COURT IS THE APPROPRIATE VENUE FOR THE COORDINATION PROCEEDING

Should this Petition for Coordination be granted, Petitioners assert the Los Angeles Superior Court Complex Department should be selected as the site for the coordinated proceedings. Los Superior Court has a complex department with specific judges assigned to hear complex actions. This program permits those judges to gain invaluable expertise in presiding over unwieldy and complex cases. These factors strongly favor Los Angeles Superior Court as the forum that will most likely promote judicial efficiency. (See Cal. Rules of Court, rule 3.530.)

Further, based on information available to Petitioners, Los Angeles County acts as a California base of operations for The Church of Jesus Christ of Latter-day Saints and accounts for the largest population of Mormons in the state. The Church of Jesus Christ of Latter-Day Saints is organized into a series of territories known as Stakes. Stakes are further divided into congregations

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

known as Wards. Over one-fifth of the Mormon population and The Church of Jesus Christ of Latter-day Saints' congregations in California are located within Los Angeles County. The Los Angeles Stake also is the oldest, active Stake in California. Moreover, the Los Angeles California Temple, the second largest Mormon temple in the world, serves 39 stakes, which is over 25% of the Stakes in California. Therefore, a substantial number of documents and witnesses are likely located in and around Los Angeles County. (Welling Decl. ¶17.)

## V. CONCLUSION

For the foregoing reasons, Petitioners respectfully request their Petition for Coordination be granted. Petitioners further request all included actions be stayed while the Petition is under consideration.

Respectfully submitted,

Dated: September 12, 2024

**SLATER SLATER SCHULMAN LLP**

By: [signature]
Michael W. Carney
Lauren A. Welling
Sarah Kissel Meier

Attorneys for Plaintiffs and JCCP Petitioners

**ANDREWS & THORNTON**
Anne Andrews
Sean T. Higgins
Robert Siko
Kimberly DeGonia

Attorneys for Plaintiffs and JCCP Petitioners

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

Michael W. Carney, State Bar No. 241564
Lauren A. Welling, State Bar No. 291813
Sarah Kissel Meier, State Bar No. 305315
**SLATER SLATER SCHULMAN LLP**
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Telephone: (310) 341-2086
Fax: (310) 773-5573
E-mail: *MCarney@sssfirm.com*
*LWelling@sssfirm.com*
*Skmeier@sssfirm.com*

Anne Andrews, SBN 103280
(aa@andrewsthornton.com)
Sean T. Higgins, SBN 266888
(shiggins@andrewsthornton.com)
Robert Siko, SBN 312856
(rsiko@andrewsthornton.com)
Kimberly DeGonia, SBN 256989
(kdegonia@andrewsthornton.com)
**ANDREWS & THORNTON**
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Tel: (949) 748-1000
Fax: (949) 315-3540

Attorneys for Plaintiffs and JCCP Petitioners

**JUDICIAL COUNCIL OF CALIFORNIA**

**CHAIR OF THE JUDICIAL COUNCIL**

| | |
|---|---|
| **IN RE:**<br><br>*Jane Roe EA 10 v. The Church of Jesus Christ of Latter-day Saints, et al.* Los Angeles Superior Court Case No. 24STCV22547<br><br>*John Roe CL 11 v. The Church of Jesus Christ of Latter-day Saints, et al.* Los Angeles Superior Court Case No. 24STCV22558<br><br>*Jane Roe JC 7 v. The Church of Jesus Christ of Latter-day Saints, et al.* Los Angeles Superior Court Case No. 24STCV22534<br><br>*John Roe LG 105 v. The Church of Jesus Christ of Latter-day Saints, et al.* Los | Judicial Council Coordination Proceeding<br><br>JCCP No. ____________________<br><br>Los Angeles Superior Court Case Nos. 24STCV22547, 24STCV22558, 24STCV22534, 24STCV22562, 24STCV21707, 24STCV21715, 24STCV21720, 24STCV21721, 24STCV21723, 24STCV21727, 24STCV21738, 24STCV21763, 24STCV21597, 24STCV21673, 24STCV21786, 24STCV21697, 24STCV21663, 24STCV21800, 24STCV21658, 24STCV21631, 24STCV21656, 24STCV21647, 24STCV21696, 24STCV21641 |

Angeles Superior Court Case No. 24STCV22562

*John Roe HP 13 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21707

*John Roe AH 16 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21715

*Jane Roe DH 18 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21720

*John Roe MO 20 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21721

*Jane Roe MM 22 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21723

*John Roe CL 24 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21727

*Jane Roe CS 29 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21738

*Jane Roe AD 30 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21763

*John Roe DD 31 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21597

*John Roe AS 32 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21673

*Jane Roe SL 48 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21786

*John Roe PH 55 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21697

*John Roe HR 56 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21663

*Jane Roe AA 102 v. DOE 1, A Corporation,*

Alameda Superior Court Nos. 24CV088744, 24CV089094, 24CV088779, 24CV088786, 24CV088789

Contra Costa Superior Court Case Nos. C24-02272, C24-02269, C24-02270, C24-02271

Del Norte Superior Court Case No. CV241086

Fresno Superior Court Case No. 24CECG03846

Kern Superior Court Case No. BCV-24-102884

Lassen Superior Court Case No. 2024-CV0076618

Napa Superior Court Case No. 24CV001526

Orange Superior Court Case Nos. 30-2024-1422168-CU-PO-CXC, 30-2024-01421247-CU-PO-CXC, 30-2024-01421246-CU-PO-CXC, 30-2024-01421222-CU-PO-CXC

Placer Superior Court Case No. S-CV-0053463

Riverside Superior Court Case Nos. CVRI2404888, CVRI2404892, CVRI2405052, CVR12405002, CVRI2404966, CVRI2404725

Sacramento Superior Court Case Nos. 24CV017593, 24CV016830, 24CV016832, 24CV016833

San Bernardino Superior Court Case Nos. CIVSB2426278, CIVSB2426279, CIVRS2400711, CIVSB2426280

San Diego Superior Court Case Nos. 24CU008028C, 24CU007843C, 24CU008107C, 24CU008126C, 24CU008045C

San Francisco Superior Court Case No. CGC-24 617505

San Joaquin Superior Court Case Nos. STK-CV-49-2024-1048, STK-CV-UPI-2024-0010357, STK-CV-UPI-2024-0010369, STK-CV-UPI-2024-0010364, STK-CV-UPI-2024-0010349, STK-CV-UPI-2024-0010345

San Luis Obispo Superior Court Case No. 24CV-0543

*et al.* Los Angeles Superior Court Case No. 24STCV21800

*Jane Roe LM 89 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21658

*John Roe AA 75 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21631

*John Doe DG 79 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21656

*Jane Roe MB 87 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21647

*John Roe JJ 93 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21696

*Jane Roe CM 94 v. DOE 1, A Corporation, et al.* Los Angeles Superior Court Case No. 24STCV21641

*Jane Roe KB 28 v. DOE 1, A Corporation, et al.* Alameda Superior Court Case No. 24CV088744

*John Roe UE 33 v. DOE 1, A Corporation, et al.* Alameda Superior Court Case No. 24CV089094

*Jane Roe AB 49 v. DOE 1, A Corporation, et al.* Alameda Superior Court Case No. 24CV088779

*Jane Roe LH 54 v. DOE 1, A Corporation, et al.* Alameda Superior Court Case No. 24CV088786

*John Roe MN 70 v. DOE 1, A Corporation, et al.* Alameda Superior Court Case No. 24CV088789

*Jane Roe JT 34 v. DOE 1, A Corporation, et al.* Contra Costa Superior Court Case No. C24-02272

*John Roe MG 60 v. DOE 1, A Corporation, et al.* Contra Costa Superior Court Case No. C24-02269

San Mateo Superior Court Case No. 24-CIV-05584

Santa Clara Superior Court Case Nos. 24CV446600, 24CV445956, 24CV445948, 24CV445963, 24CV445970, 24CV445975

Shasta Superior Court No. 24CV-00205826

Solano Superior Court Nos. CU24-06733, CU24-06470

Sonoma Superior Court No. 24CV04959

Stanislaus Superior Court No. CV-24-006737
Tulare Superior Court No. PCU312366

Ventura Superior Court Nos. 2024CUPP029265, 2024CUPP029372, 2024CUPP029389, 2024CUPP029344, 2024CUPP029255, 2024CUPP029381

Yuba Superior Court Nos. CVPO24-01117, CVPO24-01118

**DECLARATION OF LAUREN A. WELLING IN SUPPORT OF PETITION FOR COORDINATION AND REQUEST FOR STAY OF ALL INCLUDED ACTIONS**

| | |
|---|---|
| *Jane Roe KL 66 v. DOE 1, A Corporation, et al.* Contra Costa Superior Court Case No. C24-02270 | |
| *Jane Roe HM 95 v. DOE 1, A Corporation, et al.* Contra Costa Superior Court Case No. C24-02271 | |
| *John Roe DJ 40 v. DOE 1, A Corporation, et al.* Del Norte Superior Court Case No. CV241086 | |
| *Jane Roe JS 12 v. The Church of Jesus Christ of Latter-day Saints, et al.* Fresno Superior Court Case No. 24CECG03846 | |
| *Jane Roe TT 80 v. DOE 1, A Corporation, et al.* Kern Superior Court Case No. BCV-24-102884 | |
| *John Roe ND 41 v. DOE 1, A Corporation, et al.* Lassen Superior Court Case No. 2024-CV0076618 | |
| *Jane Roe RW100 v. The Church of Jesus Christ of Latter-day Saints, et al.* Napa Superior Court Case No. 24CV001526 | |
| *John Roe WC 36 v. DOE 1, A Corporation, et al.* Orange Superior Court Case No. 30-2024-1422168-CU-PO-CXC | |
| *Jane Roe LB 61 v. DOE 1, A Corporation, et al.* Orange Superior Court Case No. 30-2024-01421247-CU-PO-CXC | |
| *Jane Roe SB 68 v. DOE 1, A Corporation, et al.* Orange Superior Court Case No. 30-2024-01421246-CU-PO-CXC | |
| *Jane Roe MB 69 v. DOE 1, A Corporation, et al.* Orange Superior Court Case No. 30-2024-01421222-CU-PO-CXC | |
| *Jane Roe JL 37 v. DOE 1, A Corporation, et al.* Placer Superior Court Case No. S-CV-0053463 | |
| *Jane Roe RL 8 v. The Church of Jesus Christ of Latter-day Saints, et al.* Riverside Superior Court Case No. CVRI2404888 | |
| *Jane Roe EO 5 v. The Church of Jesus Christ of Latter-day Saints, et al.* Riverside | |

Superior Court Case No. CVRI2404892

*Jane Roe SV 132 v. The Church of Jesus Christ of Latter-day Saints, et al.* Riverside Superior Court Case No. CVRI2405052

*Jane Roe JW 142 v. The Church of Jesus Christ of Latter-day Saints, et al.* Riverside Superior Court Case No. CVR12405002

*Jane Roe RC 23 v. DOE 1, A Corporation, et al.* Riverside Superior Court Case No. CVRI2404966

*John Roe CF 85 v. DOE 1, A Corporation, et al.* Riverside Superior Court Case No. CVRI2404725

*John Roe JS 2 v. The Church of Jesus Christ of Latter-day Saints, et al.* Sacramento Superior Court Case No. 24CV017593

*John Roe DS 42 v. DOE 1, A Corporation, et al.* Sacramento Superior Court Case No. 24CV016830

*Jane Roe KP 45 v. DOE 1, A Corporation, et al.* Sacramento Superior Court Case No. 24CV016832

*John Roe JB 53 v. DOE 1, A Corporation, et al.* Sacramento Superior Court Case No. 24CV016833

John Roe NR 52 *v. DOE 1, A Corporation, et al.* San Bernardino Superior Court Case No. CIVSB2426278

John Roe DG 59 *v. DOE 1, A Corporation, et al.* San Bernardino Superior Court Case No. CIVSB2426279

John Roe DR 63 *v. DOE 1, A Corporation, et al.* San Bernardino Superior Court Case No. CIVRS2400711

Jane Roe CP 76 *v. DOE 1, A Corporation, et al.* San Bernardino Superior Court Case No. CIVSB2426280

*Jane Roe JN 15 v. DOE 1, A Corporation, et al.* San Diego Court Case No. 24CU008028C

| | |
|---|---|
| *John Roe RV 47 v. DOE 1, A Corporation, et al.* San Diego Court Case No. 24CU008028C 24CU007843C | |
| *John Roe JB 65 v. DOE 1, A Corporation, et al.* San Diego Court Case No. 24CU008028C 24CU008107C | |
| *The Estate of Jane Roe DM 101 v. DOE 1, A Corporation, et al.* San Diego Court Case No. 24CU008028C 24CU008126C | |
| *John Roe WH 46 v. DOE 1, A Corporation, et al.* San Diego Court Case No. 24CU008028C 24CU008045C | |
| *John Roe MF 97 v. DOE 1, A Corporation, et al.* San Francisco Court Case No. CGC-24-617505 | |
| *Jane Roe AS 81 v. DOE 1, A Corporation, et al.* San Joaquin Court Case No. STK-CV-49-2024-1048 | |
| *Jane Roe JJ 25 v. DOE 1, A Corporation, et al.* San Joaquin Court Case No. STK-CV-UPI-2024-0010357 | |
| *Jane Roe EM 26 v. DOE 1, A Corporation, et al.* San Joaquin Court Case No. STK-CV-UPI-2024-0010369 | |
| *Jane Roe MM 92 v. DOE 1, A Corporation, et al.* San Joaquin Court Case No. STK-CV-UPI-2024-0010364 | |
| *Jane Roe HE 72 v. DOE 1, A Corporation, et al.* San Joaquin Court Case No. STK-CV-UPI-2024-0010349 | |
| *Jane Roe CH 78 v. DOE 1, A Corporation, et al.* San Joaquin Court Case No. STK-CV-UPI-2024-0010345 | |
| *John Roe CS 88 v. DOE 1, A Corporation, et al.* San Luis Obispo Court Case No. 24CV-0543 | |
| *John Roe JB 21 v. DOE 1, A Corporation, et al.* San Mateo Case No. 24-CIV-05584 | |
| *Jane Roe SR 3 v. The Church of Jesus Christ of Latter-day Saints, et al.* Santa Clara Superior Court Case No. | |

| | |
|---|---|
| 24CV446600 | |
| *John Roe DJ 35 v. DOE 1, A Corporation, et al.* Santa Clara Court Case No. 24CV445956 | |
| *John Roe TH 64 v. DOE 1, A Corporation, et al.* Santa Clara Court Case No. 24CV445948 | |
| *John Roe JH 77 v. DOE 1, A Corporation, et al.* Santa Clara Court Case No. 24CV445963 | |
| *John Roe JB 84 v. DOE 1, A Corporation, et al.* Santa Clara Court Case No. 24CV445970 | |
| *John Roe DC 90 v. DOE 1, A Corporation, et al.* Santa Clara Court Case No. 24CV445975 | |
| *John Roe PS 43 v. DOE 1, A Corporation, et al.* Shasta Court Case No. 24CV-00205826 | |
| *John Roe AJ 1 v. The Church of Jesus Christ of Latter-day Saints, et al.* Solano Court Case No. CU24-06733 | |
| *Jane Roe LV 98 v. DOE 1, A Corporation, et al.* Solano Court Case No. CU24-06470 | |
| *Jane Roe KY 91 v. DOE 1, A Corporation, et al.* Sonoma Court Case No. 24CV04959 | |
| *Jane Roe AB 51 v. DOE 1, A Corporation, et al.* Stanislaus Court Case No. CV-24-006737 | |
| *John Roe JE 82 v. DOE 1, A Corporation, et al.* Tulare Superior Court Case No. PCU312366 | |
| *John Roe EB 67 v. DOE 1, A Corporation, et al.* Ventura Superior Court Case No. 2024CUPP029265 | |
| *John Roe DC 57 v. DOE 1, A Corporation, et al.* Ventura Superior Court Case No. 2024CUPP029372 | |
| *John Roe PD 58 v. DOE 1, A Corporation, et al.* Ventura Superior Court Case No. | |

2024CUPP029389

*John Roe CH 62 v. DOE 1, A Corporation, et al.* Ventura Superior Court Case No. 2024CUPP029344

*Jane Roe AH 71 v. DOE 1, A Corporation, et al.* Ventura Superior Court Case No. 2024CUPP029255

*John Roe BV 73 v. DOE 1, A Corporation, et al.* Ventura Superior Court Case No. 2024CUPP029381

*John Roe JL 44 v. DOE 1, A Corporation, et al.* Yuba Superior Court Case No. CVPO24-01117

*John Roe JA 83 v. DOE 1, A Corporation, et al.* Yuba Superior Court Case No. CVPO24-01118

I, Lauren A. Welling, declare as follows:

1. I am an attorney at the law firm of Slater Slater Schulman, LLP, counsel of record for Petitioners herein. I am personally familiar with the proceedings in these matters, including those facts and circumstances stated herein. If called upon to do so, I could and would competently testify under oath as to those matters set forth in this declaration.

2. Petitioners, Jane Roe EA 10, John Roe CL 11, Jane Roe JC 7, John Roe LG 105, Jane Roe RW100, Jane Roe RL 8, Jane Roe EO 5, John Roe JS 2, Jane Roe SR 3, and John Roe AJ are represented by me, Michael W. Carney, and Sarah Kissel Meier of Slater Slater Schulman, LLP, located at 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211. The summons and complaint have been served on all Defendants. Plaintiffs' complaints identify The Church of Jesus Christ of Latter-day Saints and their subsidiaries as Defendants, include the same causes of action, and the all turn on similar factual issues and evidence as to whether Defendants were aware of and/or adequately addressed the alleged sexual misconduct of employees, leaders, agents, servants, members, and/or volunteers assigned to various Mormon churches within the jurisdiction of The Church of Jesus Christ of Latter-day Saints.

3. Petitioner Jane Roe RL 8 is also represented by Anne Andrews and Rob Siko of Andrews & Thornton, located at 4701 Von Karman Ave, Suite 300, Newport Beach, California 92660.

4. Petitioners, Jane Roe SV 132, Jane Roe JW 142, and Jane Roe JS 12 are represented by me, Michael W. Carney, and Sarah Kissel Meier of Slater Slater Schulman, LLP, located at 8383 Wilshire Blvd. Suite 255, Beverly Hills, California 90211. The summons and complaint have not been served on all Defendants. Plaintiffs' complaints identify The Church of Jesus Christ of Latter-day Saints and their subsidiaries as Defendants, include the same causes of action, and the all turn on similar factual issues and evidence as to whether Defendants were aware of and/or adequately addressed the alleged sexual misconduct of employees, leaders, agents, servants, members, and/or volunteers assigned to various Mormon churches within the jurisdiction of The Church of Jesus Christ of Latter-day Saints.

5. Petitioners, John Roe HP 13, John Roe AH 16, Jane Roe DH 18, John Roe MO 20, Jane Roe MM 22, John Roe CL 24, Jane Roe CS 29, Jane Roe AD 30, John Roe DD 31, John Roe AS 32, Jane Roe SL 48, John Roe PH 55, John Roe HR 56, Jane Roe LM 89, John Roe AA 75, John Doe DG 79, Jane Roe MB 87, John Roe JJ 93, Jane Roe CM 94, Jane Roe AA 102, John Roe DJ 40, John Roe ND 41, John Roe PS 43, Jane Roe AS 81, Jane Roe MM 92, Jane Roe JJ 25, Jane Roe EM 26, Jane Roe HE 72, Jane Roe CH 78, John Roe EB 67, Jane Roe AH 71, John Roe BV 73, John Roe DC 57, John Roe PD 58, John Roe CH 62, Jane Roe KB 28, John Roe UE 33, Jane Roe AB 49, Jane Roe LH 54, John Roe MN 70, Jane Roe JT 34, John Roe MG 60, Jane Roe KL 66, Jane Roe HM 95, John Roe WC 36, Jane Roe LB 61, Jane Roe SB 68, Jane Roe MB 69, Jane Roe JL 37, Jane Roe RC 23, John Roe CF 85, John Roe DS 42, Jane Roe KP 45, John Roe JB 53, John Roe NR 52, John Roe DG 59, John Roe DR 63, Jane Roe CP 76, Jane Roe JN 15, John Roe RV 47, John Roe JB 65, The Estate of Jane Roe DM 101, John Roe WH 46, John Roe MF 97, John Roe CS 88, John Roe JB 21, John Roe DJ 35, John Roe TH 64, John Roe JH 77, John Roe JB 84, John Roe DC 90, Jane Roe LV 98, Jane Roe KY 91, Jane Roe AB 51, John Roe JE 82, John Roe JL 44, John Roe JA 83, and Jane Roe TT 80, are represented by me, Michael W. Carney, and Sarah Kissel Meier of Slater Slater Schulman, LLP, located at 8383 Wilshire Blvd. Suite 255, Beverly Hills, California

90211. Pursuant to Code of Civil Procedure § 340.1, the summons and complaint have not been served on Defendants. Once Plaintiffs obtain orders to serve Defendants in these action, Plaintiffs intend to promptly serve all Defendants. Plaintiffs' complaints identify DOE 1 and their subsidiaries as Defendants, include the same causes of action, and the all turn on similar factual issues and evidence as to whether Defendants were aware of and/or adequately addressed the alleged sexual misconduct of employees, leaders, agents, servants, members, and/or volunteers assigned to various churches within the jurisdiction of DOE 1.

6. Petitioners are aware of five similarly filed cases, however those actions do not have case numbers or sufficient information at this time for Petition to include them in this Petition. In the event this Petition for Coordination is granted, I do intend to include these newly filed cases to the JCCP via add-on petition.

7. There are currently no motions pending and trials have not been set in any of the actions included herein.

8. Petitioners each allege nearly identical causes of action including: (1) Negligence, (2) Negligent Supervision of a Minor, (3) Sexual Abuse of a Minor, (4) Negligent Hiring, Supervision and Retention, (5) Negligent Failure to Warn, Train, or Educate Plaintiff, and (6) Breach of Mandatory Duty. As such, these ninety-one actions and others likely to be filed will require significant coordination.

9. Plaintiffs in all actions included herein requested a complex litigation designation. The claims of our clients should be designated as complex because the cases are likely to involve numerous pretrial motions or novel issues and management and coordination of witnesses, documentary evidence and discovery generally. Based on these facts, Petitioners anticipate similar claims filed in various counties across the State of California, including those yet to be filed by undersigned counsel, are likely to be designated complex.

10. The cases filed to date and likely to be filed will turn on similar factual issues and evidence as to whether Defendants were aware of and/or adequately addressed the alleged sexual misconduct of employees, leaders, agents, servants, members, and/or volunteers assigned to various Mormon churches within the jurisdiction of The Church of Jesus Christ of Latter-day Saints. The

cases hinge on the same legal theories of liability with respect to the core issue of the Defendants' knowledge of and/or response to the alleged sexual misconduct. The differences in these cases are limited primarily to the specific allegations of abuse and damages stemming therefrom. Those facts, while important, are secondary to the theories of liability that predominate Petitioners' claims against Defendants. Generally, the theories of liability stem from the same alleged acts and/or omissions of Defendants, regardless of individualized issues unique to the alleged abuse.

11. Coordination of these actions will promote the ends of justice, as required under CCP §§ 404 and 404.1, by streamlining: the pleadings, the legal challenges to the pleadings, written discovery and deposition discovery dispositive motions, mediation efforts, and trial/pre-trial proceedings and rulings. Coordination will promote the efficient use of judicial resources and accommodate the convenience of all by avoiding duplicative motions and discovery and prevent inconsistent rulings in the adjudication of the same or substantially similar motions such as demurrers, judgments on the pleadings, and summary judgment. Coordination will ideally also limit the chance of duplicative testimony at trial and depositions.

12. Coordination will advance the convenience of counsel by conserving their resources through joint discovery that will benefit all parties. Judicial resources will also be conserved in overseeing settlement negotiations.

13. Petitioners' cases are pending in at least twenty-six (26) counties including Los Angeles, Alameda, Contra Costa, Del Norte, Fresno, Kern, Lassen, Napa, Orange, Placer, Riverside, Sacramento, San Bernardino, San Diego, San Francisco, San Joaquin, San Luis Obispo, San Mateo, Santa Clara, Shasta, Solano, Sonoma, Stanislaus, Tulare, Ventura, and Yuba. Coordination will minimize the burden on the judicial system and the courts in which similar claims are and will be filed by avoiding repeated adjudication of common questions of law and fact involving the same Defendants and theories of liability.

14. Petitioners' cases and similar cases filed in California may also involve significant motion practice. Coordination will promote uniform, consistent rulings.

15. Many of the actions will likely require *ex parte* applications and hearings to serve Defendants as well as *ex parte* applications and hearings to name Defendants in some of these

actions. Coordinating these actions will significantly reduce the burden on judicial resources to hold potentially hundreds of *ex parte* hearings.

16. Coordination may also promote efforts to settle the cases because, when cases are coordinated, the parties – at the Court's urging – are required to created organized plan for mediation or settlement. As such, coordination should lead to more efficient and successful settlement discussions.

17. Should this Petition for Coordination be granted, Petitioners assert Los Angeles Superior Court is the appropriate venue for the coordinated proceedings. Over one-fifth of the Mormon population and The Church of Jesus Christ of Latter-day Saints' congregations in California are located within Los Angeles County. The Los Angeles California Temple, the second largest Mormon temple in the world, serves 39 stakes, which is over 25% of the Stakes in California. Therefore, a substantial number of documents and witnesses are likely located in and around Los Angeles County.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 12th day of September, 2024 at Los Angeles, California.

Lauren A. Welling, Esq., Declarant
Attorneys for Plaintiffs and JCCP Petitioners

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I certify that I am over the age of 18 years and not a party to the within action; that my business address is:

**CAL WEST ATTORNEY SERVICES, INC.**
**730 Salem St.**
**Glendale, CA 91203**

On September 13 2024, I served the foregoing documents described as:

**NOTICE OF SUBMISSION OF PETITION FOR COORDINATION; AND ACCOMPANYING AS EXHIBIT A, PETITION FOR COORDINATION**

On the parties in this action by placing a true copy thereof in a sealed envelope addressed as stated on the parties involved addressed as follows:

| | |
|---|---|
| Jason Beutler, Esq.<br>KIRTON McCONKIE<br>2600 W. Executive Pkwy., Ste. 400,<br>Lehi, Utah 84043 | THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a nonprofit corporation |
| U.S. Legal Support<br>ATTN: Becky Degeorge; Koy Saechao; Nicole Stauss; Jenn Bautista; Rebecca Vang; Alex Jenkins; Wendy Harris; Melissa Dekoven; Kaci Ransom; Annette Kuhlman; Jerome Suarez; Samantha Wiltz; Parid Kurbini<br>2710 Gateway Oaks Drive<br>Sacramento, CA 95833 | TEMPLE CORPORATION OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a nonprofit corporation |
| The Church of Jesus Christ of the Latter-Day Saints<br>29725 Bradley Road,<br>Sun City, CA 92586 | THE MENIFEE CALIFORNIA STAKE, also known as THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, an entity of unknown form |

____ E-MAIL: I caused such documents to be transmitted by e-mail to the following e-mail addresses as set forth above

____ (BY PERSONAL SERVICE) I caused each document to be delivered by hand to the offices of the addressee.

____ (BY FACSIMILE) I caused each document to be sent by FAX to the parties listed above

///

_X__ (BY MAIL): by placing document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Glendale, California addressed as set forth above. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under the practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this declaration.

____ (BY OVERNIGHT MAIL): I caused said document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 13, 2024

Garina Mardigian

Garina Mardigian

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
www.riverside.courts.ca.gov
**Self-represented parties:** https://www.riverside.courts.ca.gov/SelfHelp/self-help.php

# ALTERNATIVE DISPUTE RESOLUTION (ADR) – *INFORMATION PACKAGE*

***** THE PLAINTIFF MUST SERVE THIS INFORMATION PACKAGE ON EACH PARTY WITH THE COMPLAINT. *****

**What is ADR?**
Alternative Dispute Resolution (ADR) is a way of solving legal disputes without going to trial. The main types are mediation, arbitration, and settlement conferences.

**Advantages of ADR:**
- Faster: ADR can be done in a 1-day session within months after filing the complaint.
- Less expensive: Parties can save court costs and attorneys' and witness fees.
- More control: Parties choose their ADR process and provider.
- Less stressful: ADR is done informally in private offices, not public courtrooms.

**Disadvantages of ADR:**
- No public trial: Parties do not get a decision by a judge or jury.
- Costs: Parties may have to pay for both ADR and litigation.

**Main Types of ADR:**

**Mediation:** In mediation, the mediator listens to each person's concerns, helps them evaluate the strengths and weaknesses of their case, and works with them to create a settlement agreement that is acceptable to everyone. If the parties do not wish to settle the case, they go to trial.

Mediation may be appropriate when the parties:
- want to work out a solution but need help from a neutral person; or
- have communication problems or strong emotions that interfere with resolution; or
- have a continuing business or personal relationship.

Mediation is not appropriate when the parties:
- want their public "day in court" or a judicial determination on points of law or fact;
- lack equal bargaining power or have a history of physical/emotional abuse.

**Arbitration:** Arbitration is less formal than trial, but like trial, the parties present evidence and arguments to the person who decides the outcome. In "binding" arbitration the arbitrator's decision is final; there is no right to trial. In "non-binding" arbitration, any party can request a trial after the arbitrator's decision. The court's mandatory Judicial Arbitration program is non-binding.

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 | Fax: (310) 773-5573

is a nonprofit corporation duly organized and operating pursuant to the laws of the State of Utah. The Church operates wards, meetinghouses, congregations, temples and other houses of worship within the State of California. The Church does business with and conducts continuous and systemic activities in California. The Church of Jesus Christ of Latter-day Saints' principal place of business is 50 East North Temple, Floor 20, Salt Lake City, State of Utah 84150. The Church is registered to do business in California, and the presiding Bishop serves at the pleasure of and subject to the direct and absolute control of The Church. The divisions of The Church are the wards, stakes and areas. The Church of Jesus Christ of Latter-day Saints is independently liable for its own conduct as alleged herein, is liable as a successor in interest to another entity, and/or is an alter ego of Defendants.

6. Defendant The Temple Corporation of The Church of Jesus Christ of Latter-day Saints (hereinafter "Temple Corporation") is and was at all relevant times herein mentioned, a religious entity and subsidiary of the Church. The Temple Corporation is a nonprofit corporation duly organized, and operating pursuant to the laws of, the State of Utah. The Temple Corporation operates properties, temples and other houses of worship within the State of California. The Temple Corporation does business with and conducts continuous and systemic activities in California. The Temple Corporation's principal place of business is 50 East North Temple, Floor 20, Salt Lake City, State of Utah 84150. The Temple Corporation is registered to do business in California, and operates, maintains and manages the Church's properties at the direction of and under the control of the Church. The Temple Corporation, is independently liable for its own conduct as alleged herein, is liable as a successor in interest to another entity, and/or is an alter ego of Defendants.

7. The Menifee California Stake, is and was at all relevant times herein mentioned, a religious entity and subsidiary of The Church. The Menifee California Stake is a religious entity of unknown form duly organized, and operating pursuant to the laws of, the State of California. The Menifee California Stake does business with and conducts continuous and systemic activities in California. The Menifee California Stake's principal place of business is 29725 Bradley Road, Sun City, CA 92586. The Menifee California Stake is registered to do business in California, and operates, maintains and manages The Church's congregations and wards within Riverside County at the direction

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

☐ **BLYTHE** 265 N. Broadway, Blythe, CA 92225
☐ **CORONA** 505 S. Buena Vista, Rm. 201, Corona, CA 92882
☐ **MORENO VALLEY** 13800 Heacock St. #D201, Moreno Valley, CA 92553
☐ **MURRIETA** 30755-D Auld Rd., Murrieta, CA 92563
☐ **PALM SPRINGS** 3255 Tahquitz Canyon Way, Palm Springs, CA 92262
☐ **RIVERSIDE** 4050 Main St., Riverside, CA 92501

**RI-ADR001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name, State Bar Number and Address*) | *FOR COURT USE ONLY* |
|---|---|
| TELEPHONE NO: FAX NO. *(Optional)*: E-MAIL ADDRESS *(Optional)*: ATTORNEY FOR *(Name)*: | |
| PLAINTIFF/PETITIONER: | CASE NUMBER: |
| DEFENDANT/RESPONDENT: | CASE MANAGEMENT CONFERENCE DATE(S): |

## STIPULATION FOR ALTERNATIVE DISPUTE RESOLUTION (ADR)
(CRC 3.2221; Local Rule, Title 3, Division 2)

**Court-Ordered ADR:**
Eligibility for Court-Ordered Mediation or Judicial Arbitration will be determined at the Case Management Conference. If eligible, the parties agree to participate in:

☐ Mediation ☐ Judicial Arbitration (non-binding)

**Private ADR:**
If the case is not eligible for Court-Ordered Mediation or Judicial Arbitration, the parties agree to participate in the following ADR process, which they will arrange and pay for without court involvement:

☐ Mediation ☐ Judicial Arbitration (non-binding)
☐ Binding Arbitration ☐ Other (describe): ______________________________

Proposed date to complete ADR: ______________

**SUBMIT THIS FORM ALONG WITH THE CASE MANAGEMENT STATEMENT.**

| (PRINT NAME OF PARTY OR ATTORNEY) ☐ Plaintiff ☐ Defendant | (SIGNATURE OF PARTY OR ATTORNEY) | (DATE) |
|---|---|---|
| (PRINT NAME OF PARTY OR ATTORNEY) ☐ Plaintiff ☐ Defendant | (SIGNATURE OF PARTY OR ATTORNEY) | (DATE) |
| (PRINT NAME OF PARTY OR ATTORNEY) ☐ Plaintiff ☐ Defendant | (SIGNATURE OF PARTY OR ATTORNEY) | (DATE) |
| (PRINT NAME OF PARTY OR ATTORNEY) ☐ Plaintiff ☐ Defendant | (SIGNATURE OF PARTY OR ATTORNEY) | (DATE) |