Lauren A. Welling, (SBN (291813)
Sarah Kissel Meier, (SBN 305315)
SLATER SLATER SCHULMAN LLP
8383 Wilshire Boulevard, Suite 255
Beverly Hills, California 90211
Telephone: (310) 341-2086
Facsimile: (310) 773-5573

Attorneys for Plaintiff
JANE ROE JW 142

Rick Richmond (SBN 194962)
*rrichmond@larsonllp.com*
Andrew E. Calderón (SBN 316673)
*acalderon@larsonllp.com*
Jina Yoon (SBN 331948)
*jyoon@larsonllp.com*
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendants
The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole and Temple Corporation of The Church of Jesus Christ of Latter-day Saints, a Utah nonprofit corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

JANE ROE JW 142, an individual,

Plaintiff,

vs.

THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a nonprofit corporation; TEMPLE CORPORATION OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a nonprofit corporation; THE MENIFEE CALIFORNIA STAKE also known as THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, an entity of unknown form; and DOES 4 through 100, Inclusive,

Defendants.

Case No. 5:24-cv-02150-KK-SPx

District Judge: Hon. Kenly Kiya Kato
Magistrate Judge: Sheri Pym

**JOINT REPORT REGARDING RESULTS OF MEDIATION**

Trial Date: October 20, 2025

Plaintiff Jane Roe JW 142 and Defendants The Church of Jesus Christ of Latter-day Saints and Temple Corporation of The Church of Jesus Christ of Latter-day Saints, submit the following Joint Report Regarding Results of Mediation pursuant to the Court's November 18, 2024 Order/Referral to ADR Procedure No. 3. Dkt. No. 20.

On April 10, 2025, the parties attended a private mediation with Tagore Subramaniam of Momentum ADR. The parties reached a settlement in principle. The parties plan to file a Joint Stipulation to stay proceedings pending settlement by April 18, 2025.

Dated: April 15, 2025

SLATER SLATER SCHULMAN LLP

By: *_/s/ Sarah Kissel Meier_*
Lauren A. Welling
Sarah Kissel Meier
Attorneys for Plaintiff JANE ROE JW 142

Dated: April 15, 2025

LARSON LLP

By: *_/s/ Rick Richmond_*
Rick Richmond
Andrew E. Calderón
Jina Yoon
Attorneys for Defendants The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole and Temple Corporation of The Church of Jesus Christ of Latter-day Saints, a Utah nonprofit corporation

# ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4, the filer attests that the above signatories concur in the contents of this document and have authorized its filing.

Dated: April 15, 2025

*/s/ Rick Richmond*
Rick Richmond