JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JANE ROE JW 142<br><br>   Plaintiff,<br><br>   vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a nonprofit corporation; TEMPLE CORPORATION OF THE CHURCH OF JESUS CHRIST OF LATTER- DAY SAINTS, a nonprofit corporation; THE MENIFEE CALIFORNIA STAKE also known as THE CHURCH OF JESUS CHRIST OF LATTER- DAY SAINTS, an entity of unknown form; and DOES 4 through 100, Inclusive,<br><br>   Defendants. | Case No. 5:24-cv-02150-KK-SPx<br><br>**ORDER OF DISMISSAL**<br><br>Assigned to: Judge Hon. Kenly Kiya Kato<br>Referred to: Magistrate Judge Sheri Pym |

**ORDER OF DIMISSAL**

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and all parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close the file.

Dated: July 28, 2025

_____
HON. KENLY KIYA KATO
UNITED STATES DISTRICT COURT JUDGE